|   |   |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

State of California et al.

          Plaintiff(s),

v.

United States EPA et al.

          Defendant(s).

Case No: 4:18-cv-03237-H

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Nicholas F. Persampieri, an active member in good standing of the bar of the State of Vermont, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the State of Vermont in the above-entitled action. My local co-counsel in this case is Elizabeth B. Rumsey, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Office of the Attorney General, 109 State St. Montpelier, VT 05609 | 1515 Clay Street, 20th Floor P.O. 70550, Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (802) 828-3186 | (510) 879-0860 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nick.persampieri@vermont.gov | liz.rumsey@doj.ca.gov |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4718.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/05/18

                                              Nicholas F. Persampieri
                                                    APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Nicholas F. Persampieri is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/10/2018

                                            UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# VERMONT SUPREME COURT

# CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **Nicholas F. Persampieri, #4718** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 23rd day of June, 2010.

This is to **FURTHER CERTIFY** that the said **Nicholas F. Persampieri, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 29th day of June 2018.



Emily Wetherell
Deputy Clerk