XAVIER BECERRA
Attorney General of California
GARY E. TAVETIAN, SBN 117135
DAVID A. ZONANA, SBN 196029
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN, SBN 197054
ELIZABETH B. RUMSEY, SBN 257908
JULIA K. FORGIE, SBN 304701
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-0860
liz.rumsey@doj.ca.gov

*For Plaintiffs the State of California
and the California Air Resources Board*

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 4:18-cv-03237-HSG<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS AND CASE MANAGEMENT DEADLINES** |

| | |
|---|---|
| 1 | BEFORE THE COURT is the Joint Stipulation Regarding Briefing Schedule for |
| 2 | Motion to Dismiss and Case Management Deadlines submitted by Plaintiffs States of |
| 3 | California, by and through the Attorney General and the California Air Resources Board; |
| 4 | Illinois; Maryland; New Mexico; Oregon; Rhode Island; and Vermont; and the |
| 5 | Commonwealth of Pennsylvania, by and through the Attorney General and the |
| 6 | Pennsylvania Department of Environmental Protection, and Defendants United States |
| 7 | Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as |
| 8 | Acting Administrator of the EPA ("EPA"). |

Having reviewed the stipulation, it is HEREBY ORDERED:

1. EPA's Motion to Dismiss shall be briefed in accordance with the following schedule:

| Deadline | Due Date |
|---|---|
| Plaintiffs' Opposition to EPA's Motion to Dismiss | September 18, 2018 |
| EPA's Reply in Support of EPA's Motion to Dismiss | October 11, 2018 |
| Hearing | October 25, 2018 |

2. The Case Management Conference currently set for September 11, 2018 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA is continued to October 2, 2018 at 2:00 p.m. The joint case management statement is due September 25, 2018.

Dated: August 22, 2018

_____
Hon. Haywood S. Gilliam, Jr.
District Court Judge