Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California et al. | ) |
| | ) Case No: 4:18-cv-3237- HSG |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| United States EPA et al. | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, Michael J. Fischer _____, an active member in good standing of the bar of Pennsylvania _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the Commonwealth of Pennsylvania _____ in the above-entitled action. My local co-counsel in this case is Elizabeth B. Rumsey _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Office of Attorney General 1600 Arch St., Suite 300 | 1515 Clay Street, 20th Floor, P.O. Box 70550 Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD: (215) 560-2171 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (510) 879-0860 |
| MY EMAIL ADDRESS OF RECORD: mfischer@attorneygeneral.gov | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: liz.rumsey@doj.ca.gov |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 322311 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/21/18

Michael J. Fischer
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael J. Fischer _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/22/2018

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael John Fischer, Esq.*

### DATE OF ADMISSION

### *September 7, 2016*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: August 14, 2018**

Patricia A. Johnson
Chief Clerk