Reset Form

1                          UNITED STATES DISTRICT COURT
2                         NORTHERN DISTRICT OF CALIFORNIA

3    The STATE OF CALIFORNIA, et al.      )
                                          )  Case No: 4:18-cv-03237-H
4                         Plaintiff(s),   )
                                          )  **APPLICATION FOR**
5        v.                               )  **ADMISSION OF ATTORNEY**
                                          )  **PRO HAC VICE**
6    UNITED STATES EPA, et al.            )  (CIVIL LOCAL RULE 11-3)
                                          )
7                         Defendant(s).   )
                                          )
8

9    I, Susannah Weaver, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Environmental Defense Fund in the above-entitled action. My local co-counsel in this case is Alex George Hanafi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1111 14th Street, NW, Suite 510A<br>Washington, DC 20005 | Environmental Defense Fund, 123 Mission St.<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 569-3818 | (202) 572-3260 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| susannah@donahuegoldberg.com | ahanafi@edf.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1023021.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/13/18                                         Susannah Weaver
                                                        _____
                                                              APPLICANT

=====================================================================

                      **ORDER GRANTING APPLICATION**
                 **FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Susannah Weaver is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/20/2018                                  *Haywood S. Gill Jr.*
                                          _____
                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Susannah Landes Foster Weaver*

was duly qualified and admitted on **October 6, 2014** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 9, 2018.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *ABMoss*
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.