[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The STATE OF CALIFORNIA, et al. )
                                        ) Case No: 4:18-cv-03237-H
                        Plaintiff(s), )
                                        ) **APPLICATION FOR**
  v.                                        ) **ADMISSION OF ATTORNEY**
                                        ) **PRO HAC VICE**
UNITED STATES EPA, et al. ) (CIVIL LOCAL RULE 11-3)
                                        )
                      Defendant(s). )

    I, Peter Zalzal, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Environmental Defense Fund in the above-entitled action. My local co-counsel in this case is Alex George Hanafi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Environmental Defense Fund, 2060 Broadway, Suite 300, Boulder, CO 80302 | Environmental Defense Fund, 123 Mission St. San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 447-7214 | (202) 572-3260 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| pzalzal@edf.org | ahanafi@edf.org |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 42164.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/13/18                                                Peter Zalzal
                                                                                 APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Peter Zalzal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/20/2018                                        *Haywood S. Gill Jr.*
                                                      UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# SUPREME COURT



## State of Colorado.

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Peter Michel Zalzal__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __15th__ day of __July__ A.D. __2010__ and that at the date hereof the said __Peter Michel Zalzal__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __22nd__ day of __August__ A.D. __2018__.

__Cheryl Stevens__
Clerk

By _Sheila M. Reid_
Deputy Clerk

