[Reset Form]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

The STATE OF CALIFORNIA, et al. )
                                             Plaintiff(s), )
  v. )
UNITED STATES EPA, et al. )
                                             Defendant(s). )

Case No: 4:18-cv-03237-H

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rachel Fullmer, an active member in good standing of the bar of Colorado, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Environmental Defense Fund in the above-entitled action. My local co-counsel in this case is Alex George Hanafi, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Environmental Defense Fund, 2060 Broadway, Suite 300, Boulder, CO 80302 | Environmental Defense Fund, 123 Mission St. San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (303) 447-7208 | (202) 572-3260 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rfullmer@edf.org | ahanafi@edf.org |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 49868.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/13/18                                          Rachel Fullmer
                                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Rachel Fullmer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/20/2018                                     *Haywood S. Gill Jr.*
                                                  UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# SUPREME COURT

## State of Colorado,



STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Rachel E. Fullmer**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **31st** day of **October** A. D. **2016** and that at the date hereof the said **Rachel E. Fullmer**

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **31st** day of **July** A. D. **2018**

**Cheryl Stevens**
Clerk

By _Arielle M. Reid_
Deputy Clerk