Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

The STATE OF CALIFORNIA, et al. )
)  Case No: 4:18-cv-03237-H
        Plaintiff(s),  )
) **APPLICATION FOR**
    v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
UNITED STATES EPA, et al. ) (CIVIL LOCAL RULE 11-3)
)
        Defendant(s).  )
)

   I, Tomas Carbonell                    , an active member in good standing of the bar of
District of Columbia          , hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Environmental Defense Fund          in the
above-entitled action. My local co-counsel in this case is Alex George Hanafi          , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1875 Connecticut Ave. NW, Suite 600 Washington, DC 20009 | Environmental Defense Fund, 123 Mission St. San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: (202) 572-3610 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (202) 572-3260 |
| MY EMAIL ADDRESS OF RECORD: tcarbonell@edf.org | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: ahanafi@edf.org |

   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 989797          .

   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/13/18                       Tomas Carbonell
                        _____
                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Tomas Carbonell          is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: 9/20/2018                    *Haywood S. Gill Jr.*
                        _____
                        UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Tomas E Carbonell*

was duly qualified and admitted on **September 11, 2009** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on August 9, 2018.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership