Alex George Hanafi, CA Bar No. 200418
**Environmental Defense Fund**
123 Mission Street
San Francisco, CA 94105
ahanafi@edf.org
Tel: 202-572-3260
Fax: 415-293-6051

*Local Counsel for Proposed-Intervenor
Environmental Defense Fund*

***Additional counsel listed on signature page***

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No: 4:18-cv-03237-HSG <br><br> **APPENDIX** |

## PROPOSED-INTERVENOR
## ENVIRONMENTAL DEFENSE FUND'S APPENDIX

## Appendix Table of Contents

| Document | Page(s) |
|---|---|
| Colorado's Notice of Written Comment on Rulemaking (Feb. 17, 2017) | 1-2 |
| Colorado's Proposed Rulemaking Edits | 3 |
| Email Conversation Between Massachusetts Dept. of Env. Protection and EPA (Mar. 20-31, 2017) | 4-5 |
| Email Conversation Between Montana Dept. of Env. Quality and EPA (Aug. 31, 2017) | 6-7 |
| Email Conversation Between New Hampshire Dept. of Env. Services and EPA (Mar. 28-29, 2017) | 8-10 |
| Email Conversation Between EPA Officials Regarding Response to Email Asking About Landfill Stay | 11 |
| Email Conversation Between Oklahoma Dept. of Env. Quality and EPA Providing Suggested Response Regarding Landfill Stay (July 20, 2017) | 12 |
| Email Submission of South Carolina's Plan to Submit a Proposed Plan (Mar. 2, 2017) | 13 |
| Email Submission of Tennessee's Proposed Plan (June 2, 2017) | 14-15 |
| Email Submission of Vermont's Proposed Plan (Apr. 13, 2017) | 16 |
| Email to North Dakota Dept. of Env. Quality Containing EPA's Comments on North Dakota's Proposed (Mar. 8, 2017) | 17 |
| Email Submitting Arizona's Proposed Plan and Noting Public Hearings (Mar. 14, 2018) | 18 |
| Email Conversation Between EPA Officials Discussing a Response to Arizona Dept. of Env. Quality's Question Regarding the Stay Ending (Sept. 8, 2017) | 19 |
| Email Submission of Delaware's Plan (Mar. 22, 2017) | 20-21 |
| Letter from Matthew Lakin, EPA, to Richard Corey, California Air Resources Board (CARB), Stating EPA Does Not Plan to Prioritize Review of State Plans (Feb. 26, 2018) | 22 |
| Email Submitting California's Proposed Plan and Notice of Hearings (Apr. 24, 2017) | 23 |
| Email Submitting Florida's Proposed Plan and Notice of Hearings (Apr. 7, 2017) | 24-25 |
| Email Conversation Between EPA and Tennessee Dept. of Env. and Conservation with Attachment of PowerPoint Slide Stating EPA Does Not Plan to Prioritize Review of State Plans (Feb. 23, 2018) | 26-27 |
| Email Conversation Between EPA and Georgia Env. Protection Division Regarding Georgia's Proposed Plan (Jan. 25, 2017) | 28-29 |
| Letter from Butch Tongate, New Mexico Env. Dept., to Samuel Coleman, EPA, Submitting New Mexico's Proposed Plan (May 24, 2017) | 30-31 |
| Letter from Richard Hyde, Texas Comm. on Env. Quality, to Samuel Coleman, EPA, Requesting An Extension of State Plan Submission Deadline (Apr. 21, 2017) | 32-33 |
| Letter from Samuel Coleman, EPA, to Richard Hyde, Texas Comm. on Env. Quality, Stating That A State Plan Submission Is Not Required at The Time Due to The Stay (June 15, 2017) | 34 |
| Email Conversation Between EPA Officials Expressing Confusion at California's Choice to Submit A State Plan | 35-36 |
| Letter Submitting Alabama's Proposed Plan (Jan. 18, 2017) | 37-38 |
| Undated Draft Revisions of New York's Proposed Plan | 39 |



**COLORADO**
**Air Quality Control Commission**
Department of Public Health & Environment

# NOTICE OF WRITTEN COMMENT ONLY RULEMAKING HEARING

### Regarding proposed revisions to:

### Regulation Number 6, Part A

**SUBJECT:**
The Air Quality Control Commission will hold a rulemaking hearing to consider revisions to Regulation Number 6, Part A to incorporate by reference additions and changes to the U.S. Environmental Protection Agency's (EPA) New Source Performance Standards (NSPS), Emission Guidelines, and performance specifications in 40 C.F.R. Part 60.

The Division proposes to update the citation dates and incorporate by reference in full new and revised NSPS, Emissions Guidelines and Compliance Times, and performance specifications. Additionally, the Division requests that the Commission approve the Clean Air Act (CAA) Section 111(d) plans. States must develop and submit to the EPA 111(d) plan for implementing and enforcing federal standards on existing sources. The 111(d) plans are Colorado-specific plans proposed for EPA approval identifying how to implement the requirements for existing sources under CAA Section 111(d) and are not proposed as a regulation or for incorporation by reference into a regulation. The 111(d) plans will not be enforceable until approved by the EPA.

The proposed revisions may also correct any typographical, grammatical, and formatting errors found through the regulation.

All required documents for this rulemaking can be found on the Commission website at: https://www.colorado.gov/pacific/cdphe/aqcc

**HEARING SCHEDULE:**
DATE:       May 18, 2017
TIME:       9:00 AM
PLACE:      Colorado Department of Public Health and Environment
            4300 Cherry Creek Drive South, Sabin Conference Room
            Denver, CO  80246

**PUBLIC COMMENT:**
This is a written comment only rulemaking hearing.  The Commission encourages all interested persons to provide their views in writing prior to or at the hearing.  The Commission encourages that written comments be submitted by **May 2, 2017** so that Commissioners have the opportunity to review the information prior to the hearing.

Electronic submissions are preferred and should be emailed to:
cdphe.aqcc-comments@state.co.us

Written submissions should be mailed to:
>       Colorado Air Quality Control Commission
>       Colorado Department of Public Health and Environment
>       4300 Cherry Creek Drive South, EDO-AQCC-A5
>       Denver, Colorado  80246

All submissions should include: your name, address, phone number, email address, and the name of the group that you are representing (if applicable).

**STATUTORY AUTHORITY FOR THE COMMISSION'S ACTIONS:**
The Colorado Air Pollution Prevention and Control Act, Sections 25-7-105(1)(b) and 25-7-109, C.R.S. authorize the Commission to adopt emission control regulations, including emission control regulations relating to new stationary sources, for the development of an effective air quality control program. Further, Section 25-7-106(6) authorizes the Commission to require testing, monitoring, and recordkeeping.

The rulemaking hearing will be conducted in accordance with Sections 24-4-103 and 25-7-110, 110.5 and 110.8 C.R.S., as applicable and amended, the Commission's Procedural Rules, and as otherwise stated in this notice.  This list of statutory authority is not intended as an exhaustive list of the Commission's statutory authority to act in this matter.

Dated this 17th day of February 2017 at Denver, Colorado

>       Colorado Air Quality Control Commission

>       Michael Silverstein, Administrator

The Commission designates the effective date ~~for these emission limits and other requirements~~ ~~(see Colorado 111(d) plan for Existing Hospital/Medical/Infectious Waste Incinerators in~~ ~~Colorado, adopted August 20, 2015, and obtainable from the Air Quality Control Commission~~ ~~Office, for applicable emission limits, compliance times, and other requirements) applicable to~~ ~~designated facilities~~of Colorado's 111(d) plan as the date on which the ~~United States~~ ~~Environmental Protection Agency~~EPA promulgates a final rule in 40 CFR Part 62, Subpart G approving the state plan under Section 111(d) of the Clean Air Act. The compliance schedule for designated facilities can be found in Colorado's 111(d) plan for Existing Hospital/Medical/Infectious Waste Incinerators. Colorado's 111(d) plan for Existing Hospital/Medical/Infectious Waste Incinerators was adopted May 18, 2017, and is obtainable from the Commission Office.

Subpart Cf    Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills. 40 CFR Part 60, Subpart Cf (July 1, 2016), as adopted August 29, 2016 (*81 FR 59313*). Designated facilities to which this subpart applies must comply with the minimum requirements in Subpart Cf as provided in Colorado's 111(d) plan for Municipal Solid Waste Landfills. Colorado's 111(d) plan for Existing Municipal Solid Waste Landfills will be submitted to EPA once approved by the Commission and is effective once approved by EPA in 40 CFR Part 62, Subpart G.

Specifically, designated facilities are defined in Section 60.31f and additional definitions are specified in Section 60.41f. Designated facilities must comply with applicable emission limits for designated facilities specified in Section 60.33f. Designated facilities must comply with applicable operational standards for collection and control systems as specified in Section 60.34f. Designated facilities must comply with applicable test methods and procedures and compliance requirements as specified in Sections 60.35f-60.36f. Designated facilities must comply with applicable monitoring requirements as specified in Section 60.37f. Designated facilities must comply with applicable reporting and recordkeeping requirements as specified in Sections 60.38f-60.39f. Designated facilities must comply with applicable requirements for active collective systems as specified in Section 60.40f.

The Commission designates the effective date of Colorado's 111(d) plan as the date on which the EPA promulgates a final rule in 40 CFR Part 62, Subpart G approving the state plan under Section 111(d) of the Clean Air Act. The compliance schedule for designated facilities can be found in Colorado's 111(d) plan for Existing Municipal Solid Waste Landfills. Colorado's 111(d) plan for Existing Municipal Solid Waste Landfills was adopted May 18, 2017, and is obtainable from Commission Office.

Subpart D    Standards of Performance for Fossil-Fuel-Fired Steam Generators for which Construction is Commenced after August 17, 1971. 40 CFR Part 60, Subpart D (July 1, ~~2015~~2016).

Subpart Da    Standards of Performance for Electric Utility Steam Generators for which Construction is Commenced after September 18, 1978. 40 CFR Part 60, Subpart Da (July 1, ~~2015~~2016)~~, as~~ ~~amended April 6, 2016 (*81 FR 201723*)~~.

(See Regulation Number 6, Part B, Section VIII. and Regulation Number 8, Part E, Subpart UUUUU for additional requirements regarding Electric Utility Steam Generating Units)

Subpart Db    Standards of Performance for Industrial-Commercial-Institutional Steam Generating Units. 40 CFR Part 60, Subpart Db (July 1, ~~2015~~2016).

(See Part B, Section III.D. of this Regulation Number 6 for Additional Requirements)

Subpart Dc    Standards of Performance for Small Industrial-Commercial- Institutional Steam Generating Units.  40 CFR Part 60, Subpart Dc (July 1, ~~2015~~2016).

**To:** Wolman, Marc (DEP)[Marc.Wolman@MassMail.State.MA.US]
**Cc:** McDonnell, Ida[McDonnell.Ida@epa.gov]; Keith, Glenn (DEP)[glenn.keith@state.ma.us]; Tian, Yi (DEP)[yi.tian@state.ma.us]
**From:** Bird, Patrick
**Sent:** Fri 3/31/2017 4:55:15 PM
**Subject:** RE: EPA's Landfill Regulations
1120-30 Proposed 3-12.pdf
Proposed MSWL State Plan - 3-12AB.PDF
Landfill Reg Comparision.JPG

Hi Marc,

It was good talking with you, Yi, and Glenn. I wanted to follow up on few items.

Attached is the Delaware example I referenced. I'll reiterate my disclaimer on this - I haven't gone through this to compare the NSPS with the emission guidelines, but my counterpart from R3 has, as have folks from Delaware NREC (I hope so, at least!).

Also, I've attached a simplified table on the changes between the old landfill regulations and the updated landfill regs.

I'll schedule a follow up meeting in late April/early May to touch base.

Thanks,

Pat

Patrick Bird
U.S. EPA - Region 1
5 Post Office Square, OEP05-2
Boston, MA  02109-3912
Phone: 617-918-1287
Fax: 617-918-0287
Email: bird.patrick@epa.gov

-----Original Message-----
From: Wolman, Marc (DEP) [mailto:Marc.Wolman@MassMail.State.MA.US]
Sent: Wednesday, March 29, 2017 12:08 PM
To: Bird, Patrick <Bird.Patrick@epa.gov>
Cc: McDonnell, Ida <McDonnell.Ida@epa.gov>; Keith, Glenn (DEP) <glenn.keith@state.ma.us>; Tian, Yi (DEP) <yi.tian@state.ma.us>
Subject: RE: EPA's Landfill Regulations

Hi Pat:

It works for me.

Including Glenn Keith and Yi Tian here, as I hope at least one of them can join us.

- Marc

From: Bird, Patrick [Bird.Patrick@epa.gov]
Sent: Wednesday, March 29, 2017 11:05 AM
To: Wolman, Marc (DEP)
Cc: McDonnell, Ida
Subject: RE: EPA's Landfill Regulations

From: Bird, Patrick [Bird.Patrick@epa.gov]
Sent: Tuesday, March 21, 2017 8:25 AM
To: Wolman, Marc (DEP)
Subject: RE: EPA's Landfill Regulations

How's Tuesday morning or Wednesday afternoon looking on your end?

Patrick Bird
U.S. EPA - Region 1
5 Post Office Square, OEP05-2
Boston, MA  02109-3912
Phone: 617-918-1287
Fax: 617-918-0287
Email: bird.patrick@epa.gov

-----Original Message-----
From: Wolman, Marc (DEP) [mailto:marc.wolman@state.ma.us]
Sent: Monday, March 20, 2017 4:41 PM
To: Bird, Patrick <Bird.Patrick@epa.gov>
Subject: RE: EPA's Landfill Regulations

For sure

From: Bird, Patrick [Bird.Patrick@epa.gov]
Sent: Monday, March 20, 2017 4:39 PM
To: Wolman, Marc (DEP)
Subject: EPA's Landfill Regulations

Hi Marc,

There is a condition in the P&C list that has us checking in mid-year to discuss the state's efforts in adopting EPA's updated landfill regulations. You've expressed skepticism in Massachusetts adopting any new regulations, but I'd like to schedule a call to discuss in further detail. Are you available to talk next week?

Thanks,

Pat

Patrick Bird
U.S. EPA - Region 1
5 Post Office Square, OEP05-2
Boston, MA  02109-3912
Phone: 617-918-1287
Fax: 617-918-0287
Email: bird.patrick@epa.gov

**To:**     Ackerlund, Julie[JAckerlund@mt.gov]
**From:**  Lohrke, Gregory
**Sent:**   Thur 8/31/2017 6:08:10 PM
**Subject:** RE: End of Stay on the NSPS and EG for MSW Landfills?

I can't give an official, or entirely knowledgeable answer on that. Meaning, from where I sit, it is mainly a question of whether political appointees at the highest level are sharing information on such decisions with the team-members I am in contact with. In our latest CAA section 111(d)/129 conference call, from this month, the issue was raised by several EPA regions, but there was no official response.

I've tried contacting by telephone the official point of contact on the stay, without answer, and I've copied you on an email inquiry I've just sent. If we don't hear anything back from that, I may or may not have an answer by the middle of September.

**From:** Ackerlund, Julie [mailto:JAckerlund@mt.gov]
**Sent:** Thursday, August 31, 2017 11:45 AM
**To:** Lohrke, Gregory <lohrke.gregory@epa.gov>
**Subject:** RE: End of Stay on the NSPS and EG for MSW Landfills?

How long does it usually take headquarters to make a statement/announcement about their plan?

**From:** Lohrke, Gregory [mailto:lohrke.gregory@epa.gov]
**Sent:** Thursday, August 31, 2017 11:40 AM
**To:** Ackerlund, Julie
**Subject:** RE: End of Stay on the NSPS and EG for MSW Landfills?

Thanks for touching base, Julie. The only news that I have heard from headquarters is that there is no real news on whether there will be a reconsideration or not. Sorry about the uncertainty on this matter.

Regards

**From:** Ackerlund, Julie [mailto:JAckerlund@mt.gov]
**Sent:** Thursday, August 31, 2017 11:27 AM
**To:** Lohrke, Gregory <lohrke.gregory@epa.gov>
**Subject:** End of Stay on the NSPS and EG for MSW Landfills?


Hi Greg,


I just want to stay in touch because I think yesterday (or sometime soon) the 90-day stay on the MSW Landfill rules ended.  I will be anxious to hear what you learn about EPA's direction with the rules.  I'll share any news I hear with you too.


Thanks,


**Julie Ackerlund** | Air Quality Planner
(406) 444-4267  |  JAckerlund@mt.gov

Air Quality Bureau

DEQ Montana Department of Environmental Quality

**From:** Roberge, Michele [mailto:Michele.Roberge@des.nh.gov]
**Sent:** Wednesday, March 29, 2017 1:20 PM
**To:** Bird, Patrick <Bird.Patrick@epa.gov>; McManus, Karla <Karla.McManus@des.nh.gov>
**Cc:** McDonnell, Ida <McDonnell.Ida@epa.gov>
**Subject:** RE: EPA Landfill Regulations


Will do. Thanks Pat. Joining me on the call will be Karla McManus, Cathy Beahm and Barbara Dorfschmidt.


**From:** Bird, Patrick [mailto:Bird.Patrick@epa.gov]
**Sent:** Wednesday, March 29, 2017 12:24 PM
**To:** Roberge, Michele; McManus, Karla
**Cc:** McDonnell, Ida
**Subject:** RE: EPA Landfill Regulations


Hi Michele and Karla,


To help frame our discussion, here is a brief agenda:


- Regulatory updates

- Review of communication between EPA and state

- Sources affected in New Hampshire

- Plans moving forward

    - States regulatory approach, timeline, EPA resources needed


Ida plans to sit in on this call, so please call her office phone at 1 pm tomorrow: 617-918-1653.

Thanks,

Pat

Patrick Bird

U.S. EPA - Region 1

5 Post Office Square, OEP05-2

Boston, MA  02109-3912

Phone: 617-918-1287

Fax: 617-918-0287

Email: bird.patrick@epa.gov

**From:** Roberge, Michele [mailto:Michele.Roberge@des.nh.gov]
**Sent:** Tuesday, March 28, 2017 11:34 AM
**To:** Bird, Patrick <Bird.Patrick@epa.gov>; McManus, Karla <Karla.McManus@des.nh.gov>
**Subject:** RE: EPA Landfill Regulations

Hi Patrick,

Yes, I'm available to talk about this but was wondering how much information you need – in other words do I need to include the program staff that will be working on developing the rules for the landfill emission guideline?  Or is this more general in nature (i.e.: anticipated timelines, etc.).  If I need to include additional staff then I'll have to check schedules.

I'm available on Thursday afternoon but currently I do have a meeting scheduled from 2 -3 PM. I'm also available on Friday morning but do have a meeting from 10 – 11 AM.  We could try either 1 or 3 PM on Thursday,  or 9 or 11 AM on Friday.  If I have to include other staff then I'll

need to check schedules.


Thanks,

Michele


*Michele J. Roberge*

*SIP Planning Administrator*

*NH Department of Environmental Services*

*Air Resources Division*

*29 Hazen Drive*

*PO Box 95*

*Concord, New Hampshire 03302-0095*

*Phone: (603) 271-6793*

*Email: Michele.Roberge(a)des.nh.gov*


**From:** Bird, Patrick [mailto:Bird.Patrick@epa.gov]
**Sent:** Tuesday, March 28, 2017 11:23 AM
**To:** McManus, Karla; Roberge, Michele
**Subject:** RE: EPA Landfill Regulations


Ok, great. Thank you.


Michele, are you free to talk this week or next? This week, I'm free Thursday afternoon (12-3:30) and Friday morning. Next week, mornings Tuesday-Friday work good, too.


Thanks,

**To:**      Paige, Carrie[Paige.Carrie@epa.gov]; Bartley, Richard[Bartley.Richard@epa.gov]
**Cc:**      Stanton, Marya[Stanton.Marya@epa.gov]
**From:**   Boyce, Kenneth
**Sent:**   Tue 5/23/2017 8:52:46 PM
**Subject:** RE: Landfill rule stay
signed_-_letter_-_municipal_solid_waste_landfills.pdf

Hello Carrie,

In my humble opinion, since the Administrator has issued an 90 day stay on of the revised rule, I think the issue of the May 30, 2017 state plan due date is somewhat made mute at this time and we should get HQ direction regarding the extension for state plans due date(s). I think we should give the States a year extension (or reasonable time) due to the request for "reconsideration" of the rule by EPA.

Ken Boyce, Environmental Protection Specialist

PH:  (214) 665-7259
FAX:  (214) 665-7263

**From:** Paige, Carrie
**Sent:** Tuesday, May 23, 2017 3:28 PM
**To:** Boyce, Kenneth <boyce.kenneth@epa.gov>; Bartley, Richard <Bartley.Richard@epa.gov>
**Subject:** FW: Landfill rule stay

Ken and Rick,

Please see the email below and advise. May I have your response by COB today, if possible?

Thank you,

**To:**     Malcolm Zachariah[Malcolm.Zachariah@deq.ok.gov]
**Cc:**     Melanie Foster[Melanie.foster@deq.ok.gov]; Stanton, Marya[Stanton.Marya@epa.gov]; Paige, Carrie[Paige.Carrie@epa.gov]
**From:**    Boyce, Kenneth
**Sent:**    Thur 7/20/2017 3:19:04 PM
**Subject:**  RE: MSW Landfill 111(d) plan extension details
TX 4-21-2017 Request for Extension for MSW Landfills Subpart Cf.pdf

Hello Malcolm,

Hope you are having a good day. The EPA recently announced convening a proceeding for reconsideration of certain requirements of Subpart Cf and stayed the effective date until August 29, 2017, pending the reconsideration. 82 Fed. Reg. 24878 (May 31, 2017). As a result of the aforementioned stay, a state plan submittal is not required at this time. The stay will allow the EPA to reconsider certain aspects of the emission guidelines for existing MSW landfills and prepare a notice of proposed rulemaking that would provide an opportunity for public comment related to the topics under reconsideration.

The attached document is the State of Texas' request for an extension we received in April, 2017. Hopefully, this will help with your extension request letter.  We will follow up with your office prior to the expiration of the stay to discuss any changes that may affect the underlying basis for your extension request and whether you desire to modify or supplement your request.

Ken Boyce, Environmental Protection Specialist

PH:  (214) 665-7259
FAX:  (214) 665-7263

**From:** Malcolm Zachariah [mailto:Malcolm.Zachariah@deq.ok.gov]
**Sent:** Monday, July 17, 2017 2:04 PM
**To:** Boyce, Kenneth <boyce.kenneth@epa.gov>
**Cc:** Melanie Foster <Melanie.foster@deq.ok.gov>
**Subject:** MSW Landfill 111(d) plan extension details

Dear Mr. Boyce,

**To:**      Mitchell, Ken[Mitchell.Ken@epa.gov]
**Cc:**      Bloeth, Mark[Bloeth.Mark@epa.gov]; McNeal, Dave[Mcneal.Dave@epa.gov]; Wall, Mary
Peyton[wallmp@dhec.sc.gov]; Brown, Robbie[brownrj@dhec.sc.gov]
**From:**    Bell, Caitlan L.
**Sent:**    Thur 3/2/2017 7:09:54 PM
**Subject:** Section 111(d) Implementation Plan for SC MSW Landfills
MSW 129 Plan Delay Letter.pdf
NPR draft 2016EOY 20170301.docx

Ken,

I have attached a letter detailing South Carolina's plan to submit our Section III(d) Plan
for Municipal Solid Waste Landfills once we have adopted last year's Federal Regulations
by reference. I have also attached the draft Notice of Proposed Regulation that includes
40 CFR Part 60, Subparts XXX and Cf. Let me know if you have any questions.

Thank you,

**Caitlan Bell**
Environmental Health Manager II
**S.C. Dept. of Health & Environmental Control**
Office: (803) 898-0561
Connect: www.scdhec.gov  Facebook  Twitter

**To:**      McNeal, Dave[Mcneal.Dave@epa.gov]
**From:**    Russo, Todd
**Sent:**    Mon 6/5/2017 6:45:14 PM
**Subject:** FW: Pre-draft copy of Proposed Landfill 111(d) Rule
1200-03-07 2017 Amendments 01-11-2017.docx
1200-03-07 2017 Amendments redline 01-11-2017.docx

Hey David,

Please call me about this when you have a moment.

Thanks!

Todd Russo
U.S. EPA Region 4
South Air Enforcement and Toxics Section
Tel: (404) 562-9194
Fax: (404) 562-9163

CONFIDENTIALITY NOTICE: This message and any attachments from the U.S. Environmental
Protection Agency may contain CONFIDENTIAL and legally protected information. If you are not the
addressee or intended recipient, please do not read, print, copy, use or disclose this communication to
others; also, please notify the sender by replying to this message, and then delete it from your system.
Thank you.

**From:** Dressler, Jason
**Sent:** Monday, June 05, 2017 11:37 AM
**To:** McNeal, Dave <Mcneal.Dave@epa.gov>
**Cc:** Mitchell, Ken <Mitchell.Ken@epa.gov>; Russo, Todd <Russo.Todd@epa.gov>; Frizzell,
Gretchen <Frizzell.Gretchen@epa.gov>; Cobb, Brandon <cobb.brandon@epa.gov>; Arias,
Megan <arias.megan@epa.gov>; Griffith, Carrie <griffith.carrie@epa.gov>; Bloeth, Mark
<Bloeth.Mark@epa.gov>; Dubose, Dick <DuBose.Dick@epa.gov>
**Subject:** FW: Pre-draft copy of Proposed Landfill 111(d) Rule

David,

ED_001764_00013840

Travis Blake of TDEC forwarded me the attached pre-draft copy of Tennessee's proposed 111(d) plan for MSW Landfills. Just as they did for their proposed CISWI state plan earlier this year, they are providing us with an opportunity to provide any comments before they publish their notice of public hearing and put the proposed plan out for public comment later this summer. It appears to me that they are proposing to primarily IBR Subpart XXX, which I thought was a problem for the MSW Landfill emission guideline because it doesn't include a model rule. If that's the case, then any feedback we can provide before the public notice is issued may allow them to make changes to their rule language. With the July 4th holiday falling on Tuesday this year, their request for comments by July 5th probably means that we would need to have a comment letter signed by the end of June.

I'll send a note back to Travis to let him know that you are our main point of contact for MSW Landfills.

Jason

**From:** Travis Blake [mailto:Travis.Blake@tn.gov]
**Sent:** Friday, June 02, 2017 2:35 PM
**To:** Dressler, Jason <Dressler.Jason@epa.gov>
**Cc:** Paul LaRock <Paul.LaRock@tn.gov>; Malcolm Butler <Malcolm.Butler@tn.gov>; James Johnston <James.Johnston@tn.gov>
**Subject:** Pre-draft copy of Proposed Landfill 111(d) Rule

A pre-draft copy of Tennessee's proposed 111(d) plan for municipal solid waste landfills (40 CFR 60 Subpart Cf) is attached. We are planning to publish the attached hearing notice in early July and hold a public hearing for the proposed rule in September. To ensure that we can address any comments/concerns in a timely manner, please submit any comments on the pre-draft by July 5, 2017. If you have any questions or comments on the attached documents, please contact me. Thanks.

 Environment & Conservation

ED_001764_00013840

**To:**      Bird, Patrick[Bird.Patrick@epa.gov]; McDonnell, Ida[McDonnell.Ida@epa.gov]; O'Toole,
Megan[Megan.OToole@vermont.gov]
**From:**    Elliott, Doug
**Sent:**    Thur 4/13/2017 1:45:40 PM
**Subject:**   FW: 2017-04-11 Landfill emission guidelines update
1120-30 Proposed 3-12.pdf
Proposed MSWL State Plan - 3-12AB.PDF
Landfill draft guidelines 5-253.xxx.docx

Patrick – I left you a voicemail this morning but realized maybe we did not firm up the call this
morning. Anyway here is the latest draft I would like some discussion on if this approach seems
viable. I am still working through it to ensure we have everything covered so you can still
consider this a work in progress. I had to tweak (a)(2) to exclude closed landfills less than 2.5
million megagram (which is different from including landfills that are greater). Megan is going
to revise the IBR citation to point to the CFR rather than the FR. I am going to start drafting up
the "plan" similar to Delaware that would accompany the submittal of the final rule to EPA.


Doug



**From:** Elliott, Doug
**Sent:** Wednesday, April 12, 2017 3:00 PM
**To:** 'Bird, Patrick (Bird.Patrick@epa.gov)' <Bird.Patrick@epa.gov>; 'McDonnell.ida@Epa.gov'
<McDonnell.ida@Epa.gov>; O'Toole, Megan <Megan.OToole@vermont.gov>
**Subject:** FW: 2017-04-11 Landfill emission guidelines update


I made a few more revisions we can discuss tomorrow. I was trying to true up dates that things
are required under the guidelines verses the NSPS. The times specified for starting up a control
system, title V applicability, submitting the design capacity report, submitting the NMOC
reports(s), and the control system design plan did not work for the existing landfills in the
guidelines rather than NSPS category. In the case of NEWSVT these were all triggered
previously under WWW so don't need to be resubmitted. I will continue to look over the
guidelines to see if I am missing anything else.


Doug



**From:** Elliott, Doug
**Sent:** Tuesday, April 11, 2017 4:17 PM

ED_001764_00002540

**To:**      tbachman@nd.gov[tbachman@nd.gov]
**Cc:**      Morrison, Kendra[Morrison.Kendra@epa.gov]
**From:**    Lohrke, Gregory
**Sent:**    Wed 3/8/2017 4:31:42 PM
**Subject:** ND MSWL subpart Cf revisions comments
ND MSWL rule_Draft Comments.docx
Chapter 33-15-12_comments.docx

Mr. Bachman,

I am the new 111(d)/129 coordinator here at Region 8. Kendra copied me your revisions of the ND MSW landfill rule implementing subpart Cf. Thank you for checking in with us early in the process of revisions. I've taken the liberty of reviewing the changes you have made to subpart Cf in service of IBR'ing the remainder of the Subpart. Please find attached some comments I have made on your preliminary changes. Many are close to negligible, but a few may be necessary to keep in mind when adjusting directional language and preserving the intent of the rule as is in the CFR. I would appreciate your feedback on the "draft comments" document if you get the chance.

If you have any questions or clarification on what I have written in the attachment, please don't hesitate to contact me.

Gregory Lohrke

U.S. EPA Region 8 | Indoor Air, Toxics & Transportation Unit

(303) 312-6396

ED_001764_00012946

**To:**     BECKHAM, LISA[BECKHAM.LISA@EPA.GOV]; Sheppard,
Andrew[sheppard.andrew@epa.gov]
**Cc:**     Elias Toon[Toon.Elias@azdeq.gov]; Natalie Muilenberg[Muilenberg.Natalie@azdeq.gov]; Mike
Sonenberg[Sonenberg.Mike@azdeq.gov]
**From:**   Ryan C. Templeton
**Sent:**   Wed 3/14/2018 1:33:39 PM
**Subject:** Arizona Municipal Solid Waste Landfill 111(d) Public Process
2018_3_6_Final_Landfill Public Notice.odf
AQD PUBLIC COMMENT PERIOD AND HEARING.docx
Proposed_State Plan Revision_MSW-Landfill.pdf

Hey Lisa and Andy,


I wanted to let you know that ADEQ's municipal solid waste landfill 111(d) plan and the
associated proposed rule changes will begin a second public comment phase this Friday March
14, 2018. We will hold a public hearing on April 16, 2018. I have attached our public notice that
will be sent out later this week and a copy of the proposed plan.


Please let me know if you have any questions.


Ryan Templeton

Environmental Engineer Specialist

Air Quality Improvement Planning Section

Air Quality Division, Arizona Department of Environmental Quality

1110 W. Washington Street

Phoenix, AZ 85007

(602) 771-4230

rct@azdeq.gov

ED_001764_00001897

**To:**    Buss, Jeffrey[Buss.Jeffrey@epa.gov]; BECKHAM, LISA[BECKHAM.LISA@EPA.GOV];
Saracino, Ray[Saracino.Ray@epa.gov]
**Cc:**    Zimpfer, Amy[Zimpfer.Amy@epa.gov]; Machol, Ben[Machol.Ben@epa.gov]; Law,
Nicole[Law.Nicole@epa.gov]; Gerardo Rios (Rios.Gerardo@epa.gov)[Rios.Gerardo@epa.gov]
**From:**    Kurpius, Meredith
**Sent:**    Fri 9/8/2017 5:02:03 PM
**Subject:**    FW: Q from ADEQ on MSW Landfill NSPS for methane

Jeff/Ray/Lisa,

I got a call today from Brian Parkee at Arizona DEQ asking whether they should continue
working on the Municipal Solid Waste Landfill Rule now that the stay has ended. I assume he is
referring to the NSPS for methane – the stay ended on 8/22. Here is the link to EPA's webpage
on this:

https://www.epa.gov/stationary-sources-air-pollution/municipal-solid-waste-landfills-new-source-performance-standards

It seems reasonable to suggest that they hold off on additional work until we hear something
further. Would you agree? Thanks for your input!

Meredith

**From:** Machol, Ben
**Sent:** Friday, September 8, 2017 9:13 AM
**To:** Law, Nicole <Law.Nicole@epa.gov>; Zimpfer, Amy <Zimpfer.Amy@epa.gov>; Kurpius,
Meredith <Kurpius.Meredith@epa.gov>
**Cc:** BECKHAM, LISA <BECKHAM.LISA@EPA.GOV>; Rios, Gerardo
<Rios.Gerardo@epa.gov>; Steckel, Andrew <Steckel.Andrew@epa.gov>; BANDROWSKI,
MIKE <Bandrowski.Mike@epa.gov>; Buss, Jeffrey <Buss.Jeffrey@epa.gov>
**Subject:** RE: Q from ADEQ on MSW Landfill NSPS for methane

Jeff has indeed been tracking this one for Colleen. He may have the latest from HQ - I didn't see
anything on our website but the following article doesn't look promising:

ED_001764_00011562

**To:**      Sieffert, Margaret[Sieffert.Margaret@epa.gov]; Bird, Patrick[Bird.Patrick@epa.gov]
**From:**    Gordon, Michael
**Sent:**    Fri 5/12/2017 2:06:10 PM
**Subject:** FW: Delaware DNREC Public Hearing Notice on proposed 111(d) State Plan and Regulation for Municipal Solid Waste Landfills (MSWLs)
Proposed MSWL State Plan - 3-12AB.pdf
1120-30 Proposed 3-12.pdf

Margaret, Here is the DE state plan. If you search for closed landfills you can see how they handle it.

Mike Gordon

Environmental Engineer
Office of Permits and State Programs

Air Protection Division
EPA Region III

1650 Arch Street

Philadelphia, PA 19103

(215)-814-2039

Gordon.Mike@epa.gov

**From:** Snead, James (DNREC) [mailto:James.Snead@state.de.us]
**Sent:** Wednesday, March 22, 2017 9:47 AM
**To:** Fernandez, Cristina <Fernandez.Cristina@epa.gov>; Gordon, Michael
<Gordon.Mike@epa.gov>; 'cecily.beall@dc.gov' <cecily.beall@dc.gov>;
'george.aburn@maryland.gov' <george.aburn@maryland.gov>; 'mgdowd@deq.virginia.gov'
<mgdowd@deq.virginia.gov>; 'william.f.durham@wv.gov' <william.f.durham@wv.gov>;
'kramamurth@pa.gov' <kramamurth@pa.gov>; 'francis.steitz@dep.nj.gov'
<francis.steitz@dep.nj.gov>; kassahun.sellassie@phila.gov; 'jgraham@achd.net'
<jgraham@achd.net>
**Cc:** Mirzakhalili, Ali (DNREC) <Ali.Mirzakhalili@state.de.us>; Amirikian, Ronald A.
(DNREC) <Ronald.Amirikian@state.de.us>; Gray, Valerie A. (DNREC)
<Valerie.Gray@state.de.us>; Marconi, Angela D. (DNREC) <Angela.Marconi@state.de.us>
**Subject:** Delaware DNREC Public Hearing Notice on proposed 111(d) State Plan and
Regulation for Municipal Solid Waste Landfills (MSWLs)

ED_001764_00002535

The Delaware Department of Natural Resources and Environmental Control (DNREC) will hold a public hearing concerning the State's proposed intention to incorporate the requirements in 40 CFR Part 60 Subpart XXX by reference as Section 30 of 7 DE Admin. Code 1120 (Section 30) and to satisfy the existing requirements of 40 CFR Part 60 Subpart Cf by expanding the applicability of Section 30 to include existing & new Municipal Solid Waste Landfills (MSWLs).

The proposed State Plan and Section 30, which are attached, will be published in the Delaware Register of Regulations on April 1st and can be accessed at http://regulations.delaware.gov/services/current_issue.shtml on and after that date.

A public hearing will be held on April 24, 2017 beginning at 6 p.m. at the Delaware DNREC office located at 100 W. Water Street, Suite 6A, Dover, DE 19904.  After consideration of comments received, the State Plan and regulation will be finalized and submitted to the United States Environmental Protection Agency for approval.

Interested persons are invited to attend or submit comments.  The hearing information was published in Delaware newspapers on March 12 and has been published on the following State websites.

• https://publicmeetings.delaware.gov/Meeting/52522

• http://www.dnrec.delaware.gov/Lists/Public%20Notices/DispForm.aspx?ID=3670&Source=http%3A%2

Interested parties may submit written comments to the Department, to the address below, up until the end of the comment period, which will extend through May 9, 2017, unless a longer comment period is designated by the hearing officer at the public hearing.

DNREC – Division of Air Quality

Subject: April 24 Public Hearing

715 Grantham Lane

ED_001764_00002535



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION IX
75 Hawthorne Street
San Francisco, CA 94105-3901
FEB 2 6 2018

Mr. Richard W. Corey
Executive Officer
California Air Resources Board
1001 I Street
P.O. Box 2815
Sacramento, California 95812

Dear Mr. Corey:

I am writing in response to your December 4, 2017 letter concerning the Landfill Emission Guidelines (EG) recently promulgated by the Environmental Protection Agency (EPA) and located at 40 CFR Part 60, Subpart Cf. We have received the California Air Resources Board's (CARB) May 30, 2017 state plan to implement the EG. As you may know, in May 2017 the EPA announced it is reconsidering several issues in the 2016 final rules for Municipal Solid Waste Landfills New Source Performance Standards (NSPS) and EG. On May 31, 2017, the EPA issued a 90-day stay on the 2016 EG. The 90-stay expired on August 29, 2017; thus, the 2016 rules are currently in effect. The EPA still intends to complete the reconsideration process granted by the Administrator.

Since the Agency is reconsidering various issues regarding the landfill regulations, at this time we do not plan to prioritize the review of submitted state plans nor are we working to issue a Federal Plan for states that failed to submit a state plan. Please also note that under 40 CFR § 60.27(c), the requirement for the EPA to develop a Federal Plan has not been triggered for the State of California since CARB has submitted a timely plan. Additionally, we are currently working to align our reconsideration of certain portions of the EG with the risk and technology review (RTR) for this source category. The EPA has a court order to complete the RTR by March 13, 2020 and the reconsideration will be finished on the same timeline.

Thank you for your letter and I hope this message allays your concerns about a Federal Plan. If you have any questions about this letter, please call me at (415) 972-3851 or Amy Zimpfer at (415) 947-4146 or have your staff contact Jeffrey Buss at (415) 947-4152 or Lisa Beckham at (415) 972-3811.

Sincerely,

Matthew J. Lakin
Acting Director, Air Division

cc:  Shannon Martin Dilley, Counsel
     CARB Legal Office

*Printed on 100% Postconsumer Recycled Paper. Process Chlorine Free.*

ED_001764_00001790

**To:**       Pruitt, Scott[Pruitt.Scott@epa.gov]
**From:**     Dilley, Shannon@ARB
**Sent:**     Mon 4/24/2017 10:51:09 PM
**Subject:**  Notice: Public Hearing to Consider California's State Plan to Implement the Federal Emission Guidelines for MSW Landfills
2017 May Board Meeting Notice.pdf
2017-4-23 California State Plan.pdf

Dear Mr. Pruitt,

The California Air Resources Board is providing U.S. Environmental Protection Agency with notice of the public meeting along with the proposed California State Plan to implement the emission guidelines and compliance timelines for municipal solid waste landfills under 40 CFR Part 60, Subpart Cf.  The notice and proposed California State Plan are being provided pursuant to the requirements of 40 CFR Part 60, Subpart B. The notice, proposed California State Plan, and appendices can be found at: https://www.arb.ca.gov/cc/landfills/landfills.htm under the "*California's State Plan*" section.

The Board meeting will occur on May 25, 2017.  Please review the attached Board meeting notice for details and do not hesitate to contact me should you have any further questions.

Thank you.

Shannon Martin Dilley

Staff Attorney

California Air Resources Board | Legal Office

1001 I Street, 23rd Floor

Sacramento, CA 95814

Shannon.Dilley@arb.ca.gov

ED_001764_00017273

**To:**      McNeal, Dave[Mcneal.Dave@epa.gov]
**Cc:**      Dubose, Dick[DuBose.Dick@epa.gov]; Russo, Todd[Russo.Todd@epa.gov]; Frizzell,
Gretchen[Frizzell.Gretchen@epa.gov]
**From:**    Mitchell, Ken
**Sent:**    Fri 4/7/2017 5:38:19 PM
**Subject:** FW: Pre-Hearing Submittal for Florida's Proposed 111(d) State Plan for Municipal Solid Waste
Landfills
Notice of Hearing FAR 4-7-17.pdf
Pre-Hearing Submittal Letter.pdf
2017-04-07 Pre-Hearing_Cf_111(d) State Plan Submittal Package.pdf

Dave....fyi

---

Kenneth L. Mitchell, Ph.D. | Special Assistant to the Director |
Air, Pesticides, and Toxics Management Division
U.S. Environmental Protection Agency | 61 Forsyth Street, SW | Atlanta, GA  30303
Voice:  404-562-9065 | Fax:  404-562-9066 | Email:  mitchell.ken@epa.gov

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this
communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received
this communication in error, and delete the copy you received.

**From:** Read, Hastings [mailto:Hastings.Read@dep.state.fl.us]
**Sent:** Friday, April 07, 2017 11:56 AM
**To:** Spagg, Beverly <Spagg.Beverly@epa.gov>
**Cc:** Bloeth, Mark <Bloeth.Mark@epa.gov>; Russo, Todd <Russo.Todd@epa.gov>; Dressler,
Jason <Dressler.Jason@epa.gov>; Mitchell, Ken <Mitchell.Ken@epa.gov>; McLane, Preston
<Preston.McLane@dep.state.fl.us>; Gaskin, Carla <Carla.Gaskin@dep.state.fl.us>
**Subject:** Pre-Hearing Submittal for Florida's Proposed 111(d) State Plan for Municipal Solid
Waste Landfills

Dear Ms. Spagg,

Attached, please find Florida's Pre-Hearing Submittal for Florida's 111(d) State Plan for
Municipal Solid Waste Landfills. Also attached is the Cover Letter for the Pre-Hearing Submittal
and, pursuant to 40 C.F.R. 60.23, the April 7, 2017 Florida Administrative Register notice for a
public hearing, if requested, on the proposed 111(d) State Plan.

ED_001764_00013831

If you have any questions or concerns, please let me know. The Department is requesting that EPA provide any comments regarding this submittal to the Department by May 8, 2017.

Thank you,

**Hastings Read**

**Environmental Administrator**

Division of Air Resource Management

Florida Department of Environmental Protection

2600 Blair Stone Road, MS 5500

Tallahassee, Florida 32399-2400

Office: (850) 717-9017

Hastings.Read@dep.state.fl.us

ED_001764_00013831

I have attached a copy of the PowerPoint presentation that I plan to use for my talk.

With respect to the questions you posed in your email, I won't be able to address any ongoing discussions between EPA Headquarters and industry groups. I'm not "in the loop" as far these discussions go, and even if I was, anything I could say would probably be very limited. I should be able to address your second and third questions.

My plans are to drive up from Atlanta early Wednesday afternoon so that I can stop by the meeting location and talk to you the day before my presentation.

David McNeal

EPA Region 4

404-562-9102 (office)

404-245-5281 (cell)

**From:** Craig Almanza [mailto:Craig.Almanza@tn.gov]
**Sent:** Friday, February 23, 2018 11:14 AM
**To:** McMillan, Laura <McMillan.Laura@epa.gov>; McNeal, Dave <Mcneal.Dave@epa.gov>
**Cc:** Jeremy Hooper <Jeremy.Hooper@tn.gov>; Travis Blake <Travis.Blake@tn.gov>
**Subject:** RE: EPA SW R4 presentation

Laura,

This is good news!  Thanks for your help.

Mr. McNeal – I am facilitating this 1-hour roundtable discussion.  I am grateful that you will be able to make the presentation.  Here is how I anticipate the session will flow:

ED_001764_00013902

ED_001764_00013903

# Subpart Cf Rulemaking Process

- Original due date for State plans was May 30, 2017
- EPA must approve or disapprove plans or plan revisions within four months after receipt
- EPA must propose a Federal plan for States that either do not submit a plan or submit a plan that is not approvable
- Due to the expiration of the 90-day stay on August 29, 2017, Subpart Cf is in effect
- Because EPA is reconsidering several aspects of the landfill NSPS, the Agency does not plan to prioritize the review of 111(d) plans submitted by States

27

communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received.

**From:** Pearce, Albert [mailto:Albert.Pearce@dnr.ga.gov]
**Sent:** Wednesday, January 25, 2017 11:51 AM
**To:** Mitchell, Ken <Mitchell.Ken@epa.gov>
**Cc:** Russo, Todd <Russo.Todd@epa.gov>; Munsey, Elisabeth <Elisabeth.Munsey@dnr.ga.gov>
**Subject:** Emission Inventory Data for MSW Landfill State Plans (40CFR60 Sub Cf)

Ken,

This is a followup to our discussion in today's meeting of MSW landfill data required for the inventory portion of the state plan. My understanding is that 40CFR60.25(a) requires an emission inventory of the designated pollutant (NMOC) to be included in the state plan for each covered facility. In addition, Section 3.4 of EPA's 1998 MSW landfill state plan guidance speaks to the emission inventory.

Assuming that an emission inventory is required in the state plan, Georgia EPD is requesting clarification from EPA on approvable methods for calculating NMOC emission rates for the emission inventory requirement for state plans. I corresponded with Andy Sheppard by email regarding this but he did not answer this question.

"Are the annual NMOC emission rate calculations that are submitted for compliance (Tier 1, Tier 2, etc) acceptable for use in the state plan emissions inventory?"

A number of, but not all, facilities that are above the design capacity threshold for NMOC emissions rate have been required since 1998 to report their actual emission rates to Georgia EPD on an annual basis for compliance with 40 CFR 60 Subpart WWW. This is an easy way for us to provide accurate, up-to-date (2015 or 2016), and site-specific emission inventory data in the state plan.

I offer the following four points to support EPD's request to use the facility-reported data for the state plan emissions inventory. (1) The facility-reported data is based on the tier calculation required in 40CFR60 Subparts Cf, XXX, and WWW:

$$M_{NMOC} = \sum_{i=1,n} 2kL_0M_i(e^{-kt_i})(C_{NMOC})(3.6 \times 10^{-9}) \qquad \text{Equation 1}$$

ED_001764_00013904

Section 3.4.1 of EPA's 1998 guidance (EPA-456R/98-009) on MSW landfill state plans implies that either AP-42 or the tier method used for Subpart WWW compliance can be used for the emissions inventory. (2) Appendix D to 40CFR60 and 40CFR60.25(a) are the regulations, as opposed to guidance, that directly address emissions inventories in 111(d) state plans. Neither of these regulations specifies a method for emissions inventories. (3) When the 1998 guidance was published there was no existing emission data; now there is (4) Finally, note that 60.25(a) states that "… emission rates …. shall be correlated with applicable emission standards. As used in this subpart, "correlated" means presented in such a manner as to show the relationship between measured or estimated amounts of emissions and the amounts of such emissions allowable under applicable emission standards."

Please advise Georgia EPD on how to proceed. As you know, this will be an issue for other states in Region 4. Thanks for your help.

*Bert Pearce*

Planning and Support Program

Air Protection Branch

Georgia Environmental Protection Div

404-363-7138

ED_001764_00013904





**NEW MEXICO**
**ENVIRONMENT DEPARTMENT**

Harold Runnels Building
1190 Saint Francis Drive (87505)
PO Box 5469, Santa Fe, NM 87502-5469
Phone (505) 827-2990   Fax (505) 827-1628
www.nmenv.state.nm.us

SUSANA MARTINEZ
Governor

JOHN A. SANCHEZ
Lieutenant Governor

BUTCH TONGATE
Cabinet Secretary

J.C. BORREGO
Deputy Secretary

May 24, 2017

Samuel Coleman
Acting Regional Administrator
U.S. Environmental Protection Agency, Region 6
1445 Ross Avenue, Suite 1200
Dallas, TX 75202-2733

Subject:     Proposed state plan under 42 U.S.C. 7411(d) for existing municipal solid waste landfills

Dear Mr. Coleman:

I am writing on behalf of Governor Susana Martinez to request approval of the attached documentation, addressing requirements of EPA's August 29, 2016 rulemaking under the Clean Air Act, 42 U.S.C. 7411(d), promulgating emission guidelines for existing municipal solid waste landfills at 40 CFR Part 60, Subpart Cf. To implement the emission guidelines, this submittal contains a proposed state plan as required by EPA's rulemaking and related implementing regulation, 20.11.71 NMAC, *Municipal Solid Waste Landfills*. The state plan and implementing regulation would apply exclusively to Albuquerque and Bernalillo County, New Mexico.

To support the requested EPA approval, this submittal contains records of a recent rulemaking action by the Albuquerque - Bernalillo County Air Quality Control Board ("Air Board"). Following a duly noticed public hearing on the evening of April 12, 2017, the Air Board adopted the proposed state plan for municipal solid waste landfills and amendments to the legally enforceable state regulation implementing the plan, 20.11.71 NMAC.

The April 12, 2017 public hearing was held in accordance with state law and public hearing requirements of 40 CFR § 60.23. The amended 20.11.71 NMAC was filed with the New Mexico State Records Center and Archives on April 13, 2017 and became effective locally on May 13, 2017.

To facilitate your review, one hard copy of this submittal and one exact duplicate in electronic form are enclosed. I believe that the submitted materials provide adequate documentation to support the requested EPA approval.

2

The supporting submittal materials include the following:

1.  the final state plan adopted by the Air Board;

2.  the final 20.11.71 NMAC adopted by the Air Board;

3.  the complete record of the public hearing process on amendment of 20.11.71 NMAC and
    adoption of the state plan for existing municipal solid waste landfills.

Your favorable consideration of this request is appreciated. If you have any questions, please
contact Mary Lou Leonard, Director of the Albuquerque Environmental Health Department
(EHD), at (505) 768-2631.

Sincerely,

Butch Tongate
Cabinet Secretary
New Mexico Environment Department


cc:     Honorable Susana Martinez, Governor, State of New Mexico
        Jennifer Hower, General Counsel, NMED
        J.C. Borrego, Acting Director, Environmental Protection Division, NMED
        Richard Goodyear, Chief, Air Quality Bureau, NMED
        Jane Cudney-Black, Chair, Albuquerque - Bernalillo County Air Quality Control Board
        Danny Nevarez, Deputy Director, Albuquerque EHD
        Dario Rocha, Control Strategies Manager, Air Quality Program, Albuquerque EHD

W. Shaw, Ph.D., P.E., *Chairman*

*Commissioner*

*Commissioner*

Richard Hyde, P.E., *Executive Director*

# TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

*Protecting Texas by Reducing and Preventing Pollution*

April 21, 2017

9489 0090 0027 6009 3650 54

Mr. Sam Coleman
Acting Regional Administrator
U.S. Environmental Protection Agency Region 6
1445 Ross Avenue, Suite 1200
Dallas, Texas 75202

Subject: Request for extension of deadline for submittal of Section 111(d) state plan for
existing municipal solid waste landfills under 40 Code of Federal Regulations (CFR)
Part 60, Subpart Cf

Dear Mr. Coleman:

The Texas Commission on Environmental Quality (TCEQ) is requesting an extension of the
deadline for submittal of a revised Section 111(d) state plan to implement the 40 CFR Part 60
Subpart Cf Emission Guidelines for Municipal Solid Waste Landfills (MSWL), as provided under
40 CFR § 60.27(a). The Environmental Protection Agency (EPA) promulgated the Subpart Cf
Emission Guidelines on August 29, 2016 (81 *FR* 59276) and established a deadline of
May 30, 2017, for states with affected landfills to submit a state plan or state plan revision.
TCEQ currently has an EPA-approved state plan for existing MSWL (64 *FR* 32427, June 17, 1999),
but revisions to the plan will be necessary to account for the changes introduced by the new
emission guidelines.

TCEQ is requesting this extension because of the time required to complete the research,
rulemaking, and associated non-rule actions needed to implement the new emission guidelines.
It will be necessary to revise the 30 Texas Administrative Code (TAC) Chapter 113, Subchapter
D regulations implementing the current Texas state plan for MSWL and to revise Texas air
permitting authorizations for MSWL facilities which currently do not address the requirements
of the new Subpart Cf Emission Guidelines and Subpart XXX New Source Performance
Standards for MSWL. These authorizations include the Standard Air Quality Permit for MSWL
Facilities under 30 TAC Chapter 330 Subchapter U and General Operating Permit No. 517 for
MSWL issued under 30 TAC Chapter 122.

Taking into account the statutory and administrative requirements which are required for
rulemaking in Texas, approximately one year is needed to initiate and complete a typical
rulemaking project. However, the scope of the work necessary for TCEQ to implement the new
emission guidelines and revise the state plan is substantially broader than a typical rulemaking.
In addition, TCEQ is facing a state legislative session and various other federal actions which
are expected to place a high demand on agency resources available for rulemaking activities.
For these reasons, TCEQ is requesting that the EPA extend the deadline for Texas to submit the
revised state plan required by 40 CFR Part 60 Subpart Cf, to a date no earlier than
November 30, 2018.

The TCEQ staff member assigned to manage the development of the revised MSWL rules and
state plan is Mr. Michael Wilhoit, TCEQ Air Permits Division, Operational Support Section. If you
have any questions or need more information pertaining to this request, please feel free to

Mr. Sam Coleman
Page 2
April 21, 2017

contact Mr. Wilhoit at (512) 239-1222 or by e-mail at michael.wilhoit@tceq.texas.gov.  An
expeditious reply to this request would be appreciated.

Sincerely,

Richard A. Hyde, P.E., Executive Director
Texas Commission on Environmental Quality

cc:      Mr. Kenneth Boyce, EPA Region 6



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 6
1445 ROSS AVENUE, SUITE 1200
DALLAS, TEXAS 75202 – 2733

Office of the Regional Administrator

June 15, 2017

Mr. Richard A. Hyde, P.E.
Executive Director
Texas Commission on Environmental Quality
Post Office Box 13087
Austin, Texas 78711-3087

Dear Mr. Hyde:

Thank you for your letter dated April 21, 2017, to the U.S. Environmental Protection Agency, requesting an extension of the May 30, 2017 deadline to submit the revised state plan to implement the emission guidelines for existing municipal solid waste landfills under 40 Code of Federal Regulations Part 60, Subpart Cf. The EPA recently announced convening a proceeding for reconsideration of certain requirements of Subpart Cf and stayed the effective date until August 29, 2017, pending the reconsideration. 82 Fed. Reg. 24878 (May 31, 2017).

As a result of the above-mentioned stay, a state plan submittal is not required at this time. The stay will allow the EPA to reconsider certain aspects of the emission guidelines for existing municipal solid waste landfills, and prepare a notice of proposed rulemaking that would provide an opportunity for public comment related to the topics under reconsideration. The EPA will follow up with your office prior to the expiration of the stay to discuss any changes that may affect the underlying basis for your extension request and whether you desire to modify or supplement your request.

If you have any questions, please contact me at (214) 665-2100, or your staff may contact Ms. Mary Stanton, Chief, Ozone and Infrastructure Section, at (214) 665-8377.

Sincerely,

Samuel Coleman, P.E.
Acting Regional Administrator

Enclosures

This paper is printed with vegetable-oil-based inks and is 100-percent postconsumer recycled material,
chlorine-free-processed and recyclable.

**To:**       Douglass, Norma[Douglass.Norma@epa.gov]
**From:**    Zimpfer, Amy
**Sent:**     Thur 1/25/2018 12:13:09 AM
**Subject:**  FW: CA submission
Submission of California State Plan.pdf
California State Plan for Municipal Waste.pdf

Hi Norma,

Can you please print the entire "Submission of California.." document and just the executive summary of the "California State Plan for…" document (Pages 1-6).

Thanks,

Amy


**From:** Buss, Jeffrey
**Sent:** Monday, January 22, 2018 10:05 AM
**To:** Zimpfer, Amy <Zimpfer.Amy@epa.gov>
**Cc:** Lo, Doris <Lo.Doris@epa.gov>; BECKHAM, LISA <BECKHAM.LISA@EPA.GOV>;
Rios, Gerardo <Rios.Gerardo@epa.gov>; Riedel, Brian <riedel.brian@epa.gov>
**Subject:** FW: CA submission


Good morning Amy,


Here is the CARB submittal for the MSW landfills and emission guidelines.


Please let me know if you have questions or need other information.


Jeff

35

ED_001764_00022710

415-947-4152

**From:** Riedel, Brian
**Sent:** Wednesday, May 31, 2017 10:44 AM
**To:** BECKHAM, LISA <BECKHAM.LISA@EPA.GOV>; Buss, Jeffrey
<Buss.Jeffrey@epa.gov>
**Subject:** CA submission

Curious that CA went ahead and submitted.

ED_001764_00022710

**LANCE R. LeFLEUR**
DIRECTOR



**ROBERT J. BENTLEY**
GOVERNOR

**Alabama Department of Environmental Management**
adem.alabama.gov

1400 Coliseum Blvd. 36110-2400  ■  Post Office Box 301463
Montgomery, Alabama 36130-1463
(334) 271-7700  ■  FAX (334) 271-7950

January 18, 2017

**CERTIFIED MAIL NO.:  91 7108 2133 3936 7156 0922**

Mrs. Heather McTeer Toney
Regional Administrator
EPA Region 4
Atlanta Federal Center
61 Forsyth Street, S.W.
Atlanta, GA  30303-8960

Dear Mrs. Toney:

The Alabama Department of Environmental Management (ADEM) has forwarded copies of proposed revisions to the ADEM Administrative Code to the Air, Pesticides and Toxics Management Division staff.  Please address any comments EPA may have on this proposal to me on or before March 10, 2017.

Revisions to the Division 3 Code are being proposed to incorporate by reference changes to the EPA's New Source Performance Standards (NSPS) in Chapter 335-3-10, and National Emissions Standards for Hazardous Air Pollutants (NESHAPs) in Chapter 335-3-11.  The definition of volatile organic compounds (VOCs) in Chapter 335-3-1 is also being proposed for revision to be consistent with EPA's revisions.   Revisions are being made to Chapter 335-3-8 to incorporate amendments to EPA's Cross State Air Pollution Rules (CSAPR), which updates the NOx ozone season emission budgets for the electric generating units (EGUs) within the state, and that implement these budgets via modification to the CSAPR NOx ozone season allowance trading program established under the original CSAPR.  Chapters 335-3-14, 335-3-15, and 335-3-16 are being revised to incorporate amendments to EPA public notice regulations.  The State Plans to control emissions from Commercial and Industrial Solid Waste Incineration Units (CISWI) and emissions at Existing Municipal Solid Waste Landfills (MSWL) are also being revised.

Chapters 335-3-1, 4, 8, 14, and 15 are considered part of the federally-enforceable State Implementation Plan (SIP).  Revisions to these Chapters are proposed to be incorporated into Alabama's SIP.  Chapters 335-3-10 (NSPS), 335-3-11 (NESHAPs), and 335-3-16 (Major Source Operating Permits) are not considered part of the

**Birmingham Branch**
110 Vulcan Road
Birmingham, AL  35209-4702
(205) 942-6168
(205) 941-1603 (FAX)

**Decatur Branch**
2715 Sandlin Road, S.W.
Decatur, AL  35603-1333
(256) 353-1713
(256) 340-9359 (FAX)

**Mobile Branch**
2204 Perimeter Road
Mobile, AL  36615-1131
(251) 450-3400
(251) 479-2593 (FAX)

**Mobile-Coastal**
3664 Dauphin Street, Suite B
Mobile, AL  36608
(251) 304-1176
(251) 304-1189 (FAX)

37

Mrs. Heather McTeer Toney                    2                    January 18, 2017

SIP.  As such, revisions to these Chapters are not proposed to be incorporated into Alabama's SIP.

A public hearing will be held concerning these changes on Wednesday, March 8, 2017, at 10:00 a.m. in the Main Hearing Room at the Alabama Department of Environmental Management, 1400 Coliseum Boulevard, Montgomery, Alabama.

An exact duplicate of the information provided in this submittal is provided in the enclosed CD.  If you need additional information concerning this submittal, please call Larry Brown of my staff at (334) 271-7878.

Sincerely,

Ronald W. Gore, Chief
Air Division

RWG/LB:bdc

Enclosures

cc:     Scott Davis
        **CERTIFIED MAIL NO.:   91 7108 2133 3936 7156 0915**

        Gregg Worley
        **CERTIFIED MAIL NO.:  91 7108 2133 3936 7156 0908**

        Lynorae Benjamin
        **CERTIFIED MAIL NO.:  91 7108 2133 3936 7156 0892**

        Beverly Banister

        Danny Shea
        **CERTIFIED MAIL NO.:  91 7108 2133 3936 7156 0885**

        Dr. Mark Wilson
        **CERTIFIED MAIL NO.:  91 7108 2133 3936 7156 0878**

        Corey Masuca

**File:   P-8-157**

DRAFT Revisions

6 NYCRR Part 208 – Landfill Gas Collection and Control Systems for certain Municipal Solid Waste Landfills

6 NYCRR Part 200 – General Provisions

1. Revised Part 208 will consist of the new federal Emission Guidelines (EG) 40 CFR Part 60, Subpart Cf, "Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills," as incorporated by reference in 6 NYCRR Part 200.
   a. Subpart Cf has replaced federal EG Subpart Cc and the New Source Performance Standard (NSPS) 40 CFR Part 60, Subpart WWW.
   b. Subpart Cf applies to "existing" landfills that have accepted waste after November 8, 1987 and began construction, reconstruction or modification prior to July 17, 2014.

2. Landfill sizes (design capacity threshold) that trigger rule provisions remain at 2.5 million megagrams (Mg) and 2.5 million cubic meters ($m^3$) of waste.

3. Non-Methane Organic Compounds (NMOC) emission trigger threshold for installing and removing a gas collection and control system (GCCS) revisions:
   a. Lowered from 50 Mg/yr to 34 Mg/yr.
   b. Tier 4 Surface Emissions Monitoring (SEM) methane at 500 parts per million (ppm) or greater.
   c. Closed landfills (Subcategory) remain at 50 Mg/yr.
   d. Have 30 months to install and operate a GCCS.

4. Optional "Tier 4" emission threshold methodology for installing/operating a GCCS:
   a. NMOC emissions must be $\geq$ 34 Mg/yr and < 50 Mg/yr using Tier 1 or Tier 2.
   b. Site-specific SEM methane < 500 ppm for four consecutive quarters, not required to install a GCCS.
   c. Continue to report NMOC emissions annually.
   d. Requires notification of testing, electronic reporting, and recordkeeping.
   e. Landfills actively operating a GCCS can use Tier 4 to remain exempt from the GCCS monitoring and reporting requirements.

5. Closed Landfill Subcategory:
   a. Closure report submitted within one year of Part 208 becoming effective.
   b. Closed landfills emissions threshold remains 50 Mg/yr.
   c. Exempt from initial reporting requirements, provided they already met the existing requirements under Part 208 or Subpart WWW.

6. Requirements for Landfill Gas Treatment:
   a. Defining "treated landfill gas" – meaning landfill gas processed in a "treatment system" – meaning a system that filters, de-waters, and compresses landfill gas for sale or beneficial use.