# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

STATE OF CALIFORNIA, *et al.*,

        Plaintiffs,

    v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

        Defendants

Case No. 4:18-cv-03237-HSG

**ORDER**

    Before the Court is EPA's Request to Appear Telephonically for the Initial Case Management Conference ("CMC") set for October 2, 2018 at 2:00 p.m. in Courtroom 2, 4th Floor (Dkt. No. 34). Upon due consideration, and for good cause shown, EPA's request is hereby **GRANTED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

    **IT IS SO ORDERED**.

    DATED this 26th day of September, 2018.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE