*HECTOR BALDERAS*
*Attorney General of New Mexico*
*BILL GRANTHAM (admitted pro hac vice)*
*Assistant Attorney General*
*New Mexico Office of the Attorney General*
*201 Third Street NW, Suite 300*
*Albuquerque, New Mexico 87102*
*(505) 717-3520*
*wgrantham@nmag.gov*

*Attorneys for the State of New Mexico*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Defendants | Case No. 4:18-cv-03237-HSG<br><br>**NEW MEXICO'S REQUEST TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER**<br><br>Conference: October 2, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor, Oakland Courthouse |

Pursuant to Civil L.R. 6-2, Plaintiff the State of New Mexico requests an order allowing counsel to appear telephonically for the Initial Case Management Conference (CMC) currently set for October 2, 2018 at 2:00 p.m. in Courtroom 2, 4th Floor (Dkt. No. 34).

New Mexico is one of several State Plaintiffs in this matter (States). Counsel for the State of California plans to attend the CMC in person and is authorized to speak for New Mexico and all other States. Regardless, counsel for New Mexico would like to participate in the CMC and respectfully requests to appear by telephone.

Counsel makes this request because counsel is not local and would like to save costs—which are funded by taxpayer monies—that would be required to attend the CMC in person; (2) the CMC is likely to be of short duration; and (3) counsel for all parties

have discussed the relevant issues at length and do not believe there will be significant disputes for the Court to resolve.

Counsel for the State of California advised EPA that counsel for New Mexico will request to appear by telephone, and EPA indicated that it does not oppose. (EPA has also requested to appear by telephone, which request States do not oppose.)

Therefore, New Mexico respectfully requests that the undersigned counsel be allowed to appear and participate telephonically at the October 2, 2018 initial CMC.

Dated: September 25, 2018

Respectfully Submitted,

/s/ Bill Grantham
BILL GRANTHAM
(admitted pro hac vice)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
(505) 717-3520
wgrantham@nmag.gov

*Attorney for New Mexico*

**[~~PROPOSED~~] ORDER**

Before the Court is New Mexico's Request to Appear Telephonically for the Initial Case Management Conference ("CMC") set for October, 2018 at 2:00 p.m. in Courtroom 2, 4th Floor (Dkt. No. 34). Upon due consideration, and for good cause shown, New Mexico's request is hereby **GRANTED**. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

DATED this 26th day of September, 2018.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE