Susannah L. Weaver (admitted *pro hac vice*)
Donahue, Goldberg & Weaver, LLP
1111 14th St. NW, Suite 510A
Washington, DC 20005
Phone: (202) 569-3818
susannah@donahuegoldberg.com

*Counsel for Proposed-Intervenor*
*Environmental Defense Fund*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No: 4:18-cv-03237-HSG<br><br>**PROPOSED-INTERVENOR ENVIRONMENTAL DEFENSE FUND'S REQUEST TO APPEAR TELEPHONICALLY FOR THE OCTOBER 2, 2018 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: October 2, 2018<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor, 1301 Clay Street, Oakland, CA |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Proposed-Intervenor ENVIRONMENTAL DEFENSE FUND ("EDF") respectfully requests an Order allowing EDF's counsel of record, Susannah L. Weaver, to telephonically appear for the initial case management conference, set for October 2, 2018 at 2:00 p.m.

This request is timely made pursuant to Civil Local Rule 16-10(a). Good cause exists to grant EDF's request. EDF has one lead counsel, who is located in Washington, D.C. It would be burdensome and expensive for her to personally appear for the initial case management conference, which will likely be of short duration. EDF's lead counsel believes that her telephonic appearance will not hinder the initial case management conference in any way. State Plaintiffs do not oppose

this request. Defendant EPA takes no position on this request.

    Accordingly, EDF respectfully asks the Court to grant this request, and submit the [Proposed] Order concurrently lodged herewith.

DATED: September 25, 2018            Respectfully Submitted,

*/s/ Susannah L. Weaver*
_____

Susannah L. Weaver (admitted *pro hac vice*)
**Donahue, Goldberg & Weaver, LLP**
1111 14th Street, NW, Suite 510A
Washington, DC 20005
Phone: (202) 569-3818 (Ms. Weaver)
susannah@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

Peter Zalzal (admitted *pro hac vice*)
Rachel Fullmer (admitted *pro hac vice*)
**Environmental Defense Fund**
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rfullmer@edf.org
*Counsel for Environmental Defense Fund*

Tomás Carbonell (admitted *pro hac vice*)
**Environmental Defense Fund**
1875 Connecticut Avenue, N.W. Suite 600
Washington, DC 20009
Phone: (202) 572-3610 (Mr. Carbonell)
tcarbonell@edf.org
*Counsel for Environmental Defense Fund*

Alex George Hanafi, State Bar No. 200418
**Environmental Defense Fund**
123 Mission Street
San Francisco, CA 94105
Phone: (202) 572-3260 (Mr. Hanafi)
Fax: (415) 293-6051
ahanafi@edf.org
*Local Counsel for*
*Environmental Defense Fund*

PROPOSED-INTERVENOR ENVIRONMENTAL DEFENSE FUND'S REQUEST TO APPEAR TELEPHONICALLY FOR OCTOBER 2 CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER
CASE NO. 4:18-cv-03237-HSG

2

# [~~PROPOSED~~] ORDER

Having considered Proposed-Intervenor Environmental Defense Fund's request to appear telephonically at the October 2, 2018 case management conference, the Court finds good cause exists to grant the request. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: September 26, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Judge