IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**SUPPLEMENTAL DECLARATION OF JOHN STITH**
Submitted in Support of Environmental Defense Fund

I, John Stith, supplement my September 12, 2018 declaration as follows:

1. EDF currently has over 461,000 members in the United States, and has members in all 50 states and the District of Columbia.  These members have a strong interest in protecting human health and the environment from air pollution.

2. EDF currently has 312,574 members that do not reside in the states of Vermont, Rhode Island, Pennsylvania, Oregon, New Mexico, Maryland, Illinois, or California.

I declare that the foregoing is true and correct.

_____
John Stith

Dated: October 4, 2018