XAVIER BECERRA
Attorney General of California
GARY E. TAVETIAN, SBN 117135
DAVID A. ZONANA, SBN 196029
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN, SBN 197054
ELIZABETH B. RUMSEY, SBN 257908
JULIA K. FORGIE, SBN 304701
Deputy Attorneys General
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-0860
liz.rumsey@doj.ca.gov

*For Plaintiffs the State of California
and the California Air Resources Board*

JONATHAN D. BRIGHTBILL
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 4:18-cv-03237-HSG<br><br>**JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR EPA'S MOTION TO STAY CASE PENDING CONCLUSION OF RULEMAKING** |

Pursuant to Civil L.R. 7-12, Plaintiffs States of California, by and through the Attorney General and the California Air Resources Board; Illinois; Maryland; New Mexico; Oregon; Rhode Island; and Vermont; and the Commonwealth of Pennsylvania, by and through the Attorney General and the Pennsylvania Department of Environmental Protection (hereinafter "States"), and Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Acting Administrator of the EPA ("EPA"), hereby stipulate to and respectfully request that the Court enter an order setting a briefing schedule for EPA's motion to stay this case pending conclusion of rulemaking. In support of this stipulation, the parties state as follows:

1. At hearing on October 25, 2018, the Court heard EPA's motion to dismiss the States' complaint (Dkt. No. 28), as well as the motion of proposed Plaintiff Intervenor Environmental Defense Fund to intervene in the matter (Dkt. No. 36). The Court has not yet ruled on either motion.

2. On November 6, 2018, EPA moved to stay the case pending conclusion of a related rulemaking (Dkt. No. 70).

3. The parties respectfully request that the Court set the following briefing schedule for the motion to stay, which takes into account Plaintiffs' intention to file its response earlier than required by Civil L.R. 7-3(a):

| Document | Due Date |
| --- | --- |
| States' Opposition to EPA's Motion | On or before November 13, 2018 |
| EPA's Reply in Support of its Motion | November 16, 2018 if the States' brief is filed on November 9, 2018 and November 20, 2018 if the States' brief is filed on November 13, 2018 |

4. The States assert that time is of the essence in deciding this motion and thus intend to request that the Court decide the motion on the papers or, in the event the Court believes a hearing is necessary, to hear the motion as soon as possible.

The parties stipulate to and request that the Court enter the attached proposed order.

Respectfully submitted,

Date: November 6, 2018

JONATHAN D. BRIGHTBILL
Deputy Assistant Attorney General
Environment and Natural Resources Division

/s/ Leslie M. Hill (email auth. 11/5/18)
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street N.W., Suite 8000
Washington D.C. 20004
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendant*

Date: November 6, 2018

XAVIER BECERRA
Attorney General of California
GARY E. TAVETIAN
DAVID A. ZONANA
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN
JULIA K. FORGIE
Deputy Attorneys General

/s/ Elizabeth B. Rumsey
ELIZABETH B. RUMSEY
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-0860
liz.rumsey@doj.ca.gov

| For the STATE OF ILLINOIS | For the STATE OF MARYLAND |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois<br>DANIEL I. ROTTENBERG<br>(*pro hac vice* admission pending)<br>Assistant Attorney General<br>Environmental Bureau<br>Illinois Attorney General's Office<br>69 W. Washington St., 18th Floor<br>Chicago, Illinois 60602<br>(312) 814-3816<br>DRottenberg@atg.state.il.us | BRIAN E. FROSH<br>Attorney General of Maryland<br>LEAH J. TULIN<br>(*pro hac vice* admission pending)<br>Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6962<br>ltulin@oag.state.md.us |
| For the STATE OF NEW MEXICO | For the STATE OF OREGON |
| HECTOR BALDERAS<br>Attorney General of New Mexico<br>BILL GRANTHAM<br>(*pro hac vice* admission pending)<br>Assistant Attorney General<br>201 Third Street NW, Suite 300<br>Albuquerque, New Mexico 87102<br>(505) 717-3520<br>wgrantham@nmag.gov | ELLEN F. ROSENBLUM<br>Attorney General of Oregon<br>PAUL GARRAHAN<br>(*pro hac vice* admission pending)<br>Attorney-in-Charge<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, Oregon 97301-4096<br>(503) 947-4342<br>paul.garrahan@doj.state.or.us |
| For the COMMONWEALTH OF PENNSYLVANIA | For the STATE OF RHODE ISLAND |
| JOSH SHAPIRO<br>Attorney General of Pennsylvania<br>MICHAEL J. FISCHER<br>(*pro hac vice* admission pending)<br>Chief Deputy Attorney General<br>ROBERT A. REILEY<br>(*pro hac vice* admission pending)<br>Assistant Director, Pennsylvania Department of Environmental Protection<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>(215) 560-2171<br>mfischer@attorneygeneral.gov | PETER F. KILMARTIN<br>Attorney General of Rhode Island<br>GREGORY S. SCHULTZ<br>(*pro hac vice* admission pending)<br>Special Assistant Attorney General<br>RI Department of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>gschultz@riag.ri.gov |

For the STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
NICHOLAS F. PERSAMPIERI
(*pro hac vice* admission pending)
Assistant Attorney General
Office of the Vermont Attorney General
109 State Street
Montpelier, Vermont 05609
(802) 828-3186
nick.persampieri@vermont.gov

# [PROPOSED] ORDER

BEFORE THE COURT is the Joint Stipulation Regarding Briefing Schedule for EPA's Motion to Stay Case Pending Conclusion of Rulemaking submitted by Plaintiffs States of California, by and through the Attorney General and the California Air Resources Board; Illinois; Maryland; New Mexico; Oregon; Rhode Island; and Vermont; and the Commonwealth of Pennsylvania, by and through the Attorney General and the Pennsylvania Department of Environmental Protection ("States"), and Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Acting Administrator of the EPA ("EPA").

Having reviewed the stipulation, it is HEREBY ORDERED that EPA's Motion to Stay Case Pending Conclusion of Rulemaking (Dkt. No. 70) shall be briefed in accordance with the following schedule:

| Document | Due Date |
| --- | --- |
| States' Opposition to EPA's Motion | On or before November 13, 2018 |
| EPA's Reply in Support of its Motion | November 16, 2018 (if the States' brief is filed on November 9, 2018) or November 20, 2018 (if the States' brief is filed on November 13, 2018) |

**IT IS SO ORDERED**.

Dated: November __7, 2018

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
CASE NO. 4:18-CV-03237-HSG