Susannah L. Weaver – *Admitted Pro Hac Vice*
**Donahue, Goldberg & Weaver, LLP**
1111 14th Street, NW, Suite 510A
Washington, DC 20005
Phone: (202) 569-3818 (Ms. Weaver)
susannah@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| **STATE OF CALIFORNIA, *et al.*,**<br><br>　　　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,**<br><br>　　　　　　　　　　　　**Defendants.** | Case No: 4:18-cv-03237-HSG<br><br>**PROPOSED-INTERVENOR'S RESPONSE JOINING STATE PLAINTIFFS' OPPOSITION TO EPA'S MOTION TO STAY CASE**<br><br>Date: February 14, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2, 4th Floor, 1301 Clay Street, Oakland, CA<br>Judge: Hon. Haywood S. Gilliam, Jr. |

For all of the reasons detailed in Plaintiff States[1] Opposition to EPA's Motion to Stay, ECF 73 (Nov. 9, 2018), Proposed-Intervenor Environmental Defense Fund ("EDF") urges the Court deny Defendant U.S. Environmental Protection Agency's and Acting Administrator Andrew Wheeler's (collectively, "EPA") motion to stay this case. Every day that EPA evades its legal obligations harms EDF's members nationwide, and particularly those members who live in close proximity to landfills subject to the 2016 Landfill Emissions Guidelines. *See* EDF Mot. to Intervene at 7-9, ECF 36 (Sept.

---

[1] Plaintiff States are the States of California, Illinois, Maryland, New Mexico, Oregon, Rhode Island, and Vermont, the Commonwealth of Pennsylvania, and the California Air Resources Board.

PROPOSED-INTERVENOR'S RESPONSE JOINING STATE PLAINTIFFS' OPPOSITION TO EPA'S MOTION TO STAY CASE - CASE NO. 4:18-CV-03237-HSG

1

1   13, 2018). EDF respectfully requests that the Court deny EPA's stay motion and proceed to rule on

2   the pending motion to dismiss and EDF's motion to intervene.

| | |
|---|---|
| **DATED**: November 9, 2018 | Respectfully submitted, |
| | /s/   *Susannah L. Weaver* |
| Alex George Hanafi, State Bar No. 200418 | Susannah L. Weaver – *Admitted Pro Hac Vice* |
| **Environmental Defense Fund** | **Donahue, Goldberg & Weaver, LLP** |
| 123 Mission Street | 1111 14th Street, NW, Suite 510A |
| San Francisco, CA 94105 | Washington, DC 20005 |
| ahanafi@edf.org | Phone: (202) 569-3818 (Ms. Weaver) |
| Phone: (202) 572-3260 (Mr. Hanafi) | susannah@donahuegoldberg.com |
| *Local Counsel for Proposed-Intervenor Environmental Defense Fund* | *Counsel for Environmental Defense Fund* |
| | Peter Zalzal – *Admitted Pro Hac Vice* |
| Tomás Carbonell – *Admitted Pro Hac Vice* | Rachel Fullmer – *Admitted Pro Hac Vice* |
| **Environmental Defense Fund** | **Environmental Defense Fund** |
| 1875 Conn. Avenue, NW, Suite 600 | 2060 Broadway, Suite 300 |
| Washington, DC 20009 | Boulder, CO 80302 |
| Phone: (202) 572-3610 (Mr. Carbonell) | Phone: (303) 447-7214 (Mr. Zalzal) |
| tcarbonell@edf.org | Phone: (303) 447-7208 (Ms. Fullmer) |
| *Counsel for Environmental Defense Fund* | pzalzal@edf.org |
| | rfullmer@edf.org |
| | *Counsel for Environmental Defense Fund* |

PROPOSED-INTERVENOR'S RESPONSE JOINING STATE PLAINTIFFS' OPPOSITION TO EPA'S MOTION TO STAY CASE - CASE NO. 4:18-cv-03237-HSG

2