XAVIER BECERRA
Attorney General of California
GARY E. TAVETIAN, SBN 117135
DAVID A. ZONANA, SBN 196029
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN, SBN 197054
ELIZABETH B. RUMSEY, SBN 257908
JULIA K. FORGIE, SBN 304701
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA 94612
 (510) 879-0860
 liz.rumsey@doj.ca.gov

*For Plaintiffs the State of California
and the California Air Resources Board*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No. 4:18-cv-03237-HSG<br><br>**DECLARATION OF ELIZABETH B. RUMSEY IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT** |

I, Elizabeth B. Rumsey, declare as follows:

      1.     I am a Deputy Attorney General for the State of California and am counsel for

Plaintiffs State of California and the California Air Resources Board in this action. I am a

member in good standing of the Bar of the State of California and of this Court. I submit the

following in support of Plaintiffs' Joint Motion for Summary Judgment (Plaintiffs' Motion). I

have personal knowledge of the facts stated herein, and, if called to do so, could and would

testify competently thereto.

2.      Attached as Exhibit 1 to Plaintiffs' Motion is a true and correct copy of the parties' Stipulation of Voluntary Dismissal Pursuant to Federal Rule of Appellate Procedure 42(b), *Nat. Res. Def. Council v. Pruitt*, No. 17-1157, ECF 1715796 (D.C. Cir. Jan. 31, 2018) (Dismissal Stip.). I downloaded this document from LexisNexis' Courtlink platform on January 18, 2019.

3.      Attached as Exhibit 2 to Plaintiffs' Motion is a compilation of excerpts that are true and correct copies of the corresponding pages of Respondent's [EPA] Initial Brief, *Nat. Res. Def. Council v. Pruitt*, No. 17-1157, ECF 1714147 (D.C. Cir. Jan. 22, 2018) (Resp'ts' Br.). I downloaded this document from LexisNexis' Courtlink platform on January 18, 2019.

4.      Attached as Exhibit 3 to Plaintiffs' Motion is a true and correct copy of a webpage titled *Greenhouse Gas Emissions* and subtitled, *Understanding Global Warming Potentials*. This material is publicly available on EPA's official website at https://www.epa.gov/ghgemissions/understanding-global-warming-potentials#Learn%20why. On January 18, 2019, I accessed the material and downloaded it directly from the website as a pdf.

5.      Attached as Exhibit 4 to Plaintiffs' Motion are excerpts that are true and correct copies of the corresponding pages of *Volume II of the Fourth National Climate Assessment* (National Assessment), a report issued on November 23, 2018, by the United States Global Climate Research Program (USGCRP), a federal program for which EPA is one of thirteen constituent agencies. The complete report, which is more than 1,500 pages long, is available at https://nca2018.globalchange.gov/. On January 18, 2019, I accessed the report and downloaded the excerpts included in Exhibit 4.

6.      Attached as Exhibit 5 to Plaintiffs' Motion are excerpts that are true and correct copies of the corresponding pages of *Indicators of Climate Change in California* (Climate Indicators Report), a multi-agency report issued in May 2018 by the California Environmental Protection Agency's Office of Environmental Health Hazard Assessment. The complete report,

1  which is more than 351 pages long, is available at https://oehha.ca.gov/media/downloads/

2  climate-change/report/2018caindicatorsreportmay2018.pdf. On January 18, 2019, I accessed

3  the report and downloaded the excerpts included in Exhibit 5.

4        7.    Attached as Exhibit 6 to Plaintiffs' Motion are excerpts that are true and correct

5  copies of the corresponding pages of *Global Warming of 1.5° C*, a Special Report of the

6  Intergovernmental Panel on Climate Change (IPCC). The complete report, which was issued in

7  October 2018, is publicly available at https://www.ipcc.ch/sr15/. On January 18, 2019, I

8  accessed the report and downloaded the excerpts included in Exhibit 6.

9        8.    Attached as Exhibit 7 to Plaintiffs' Motion is a true and correct copy of a

10  document published by EPA titled *Overview of EPA's Updates to the Air Quality Standards*

11  *for Ground-Level Ozone* (Ground-Level Ozone Overview). The document is publicly available

12  on EPA's official website at https://www.epa.gov/sites/production/files/2015-

13  10/documents/overview_of_2015_rule.pdf. On January 18, 2019, I accessed the material and

14  downloaded it directly from the website as a pdf.

15        9.    Attached as Exhibit 8 to Plaintiffs' Motion is a true and correct copy of a

16  document published by EPA titled *Final Updates to Performance Standards for New,*

17  *Modified, and Reconstructed Landfills, and Updates to Emission Guidelines for Existing*

18  *Landfills: Fact Sheet* (Emission Guidelines Fact Sheet). The document is publicly available on

19  EPA's official website at https://www.epa.gov/sites/production/files/2016-

20  09/documents/landfills-final-nsps-eg-factsheet.pdf. On January 18, 2019, I accessed the

21  material and downloaded it directly from the website as a pdf.

22        10.    Attached as Exhibit 9 to Plaintiffs' Motion are excerpts that are true and correct

23  copies of the corresponding pages of EPA's *Regulatory Impact Analysis for the Final*

24  *Revisions to the Emission Guidelines for Existing Sources and the Final New Source*

25  *Performance Standards in the Municipal Solid Waste Landfills Sector*, EPA-452/R-16-003

26  (July 2016) (Emissions Guidelines RIA). This document is included in the Emission

27  Guidelines rulemaking docket. It is also publicly available on EPA's official website at

28

1  https://www3.epa.gov/ttnecas1/docs/ria/landfills_ria_final-eg-nsps_2016-07.pdf. On January

2  18, 2019, I accessed the report and downloaded the excerpts included in Exhibit 9.

3        11.    Attached as Exhibit 10 to Plaintiffs' Motion is a true and correct copy of a

4  document with an ADEQ (Arizona Department of Environmental Quality) logo titled, *State*

5  *Plan for Implementing the Municipal Solid Waste Landfill Emission Guidelines for Arizona,*

6  *Air Quality Division, July 25, 2018, Final* (Arizona State Plan). To locate this document, I

7  visited the ADEQ's official public website at https://azdeq.gov. There, I found a Public Notice

8  for the Proposed State Plan for Implementing Municipal Solid Waste Landfill Emission

9  Guidelines, at https://azdeq.gov/node/4600. That page provides a link to the "MSW Landfill

10  State Plan" at http://static.azdeq.gov/aqd/msw_sp.pdf, which is an 81-page document, pages

11  12-38 of which is the Arizona State Plan attached as Exhibit 10. (The remaining pages include

12  a cover letter and supporting documents—for example, copies of the authorizing statutes and

13  evidence of public notice and hearing.) On January 18, 2019, I accessed the material and

14  downloaded it directly from the website as a pdf.

15        12.    Attached as Exhibit 11 to Plaintiffs' Motion is a true and correct copy of a

16  document titled *New Mexico State Plan Implementing the Emission Guidelines for Existing*

17  *Municipal Solid Waste Landfills (40 CFR 60 Subpart Cf)*. This document is publicly available

18  on the New Mexico Environment Department's website at https://www.env.nm.gov/wp-

19  content/uploads/2017/04/Exhibits-5-and-11-Proposed-State-Plan.pdf. On January 18, 2019, I

20  accessed the material and downloaded it directly from the website as a pdf.

21        13.    Attached as Exhibit 12 to Plaintiffs' Motion is a true and correct copy of the

22  *California State Plan for Municipal Solid Waste Landfills Under Clean Air Act Section 111(d)*

23  (May 25, 2017), which the California Air Resources Board submitted to EPA on or before May

24  31, 2017. This document is publicly available on ARB's website at

25  https://www.arb.ca.gov/cc/landfills/docs /stateplan/stateplanfinal.pdf. On January 18, 2019, I

26  accessed the material and downloaded it directly from the website as a pdf.

27

28

14.   In the final rule at issue in this case, EPA stated, "The final Emission Guidelines apply to landfills that were constructed, modified, or reconstructed after November 8, 1987, and that commenced construction, reconstruction, or modification on or before July 17, 2014." 81 Fed. Reg. 59,276, 59278. On or about August 26, 2018, I reviewed the data provided by EPA for each state's landfills on its "Project and Landfill Data by State" webpage (https://www.epa.gov/lmop/project-and-landfill-data-state, last visited January 21, 2019) and noted, for every state, whether it had at least one landfill that commenced construction, modification or reconstruction on or before July 17, 2014, and accepted waste after November 1987. According to my notes, every jurisdiction for which data is provided, including each of the 50 states, Puerto Rico and the Virgin Islands, has such a landfill.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed January 22, 2019 in Oakland, California.

_____

Elizabeth B. Rumsey