XAVIER BECERRA
Attorney General of California
GARY E. TAVETIAN, SBN 117135
DAVID A. ZONANA, SBN 196029
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN, SBN 197054
ELIZABETH B. RUMSEY, SBN 257908
JULIA K. FORGIE, SBN 304701
Deputy Attorneys General
   1515 Clay Street, 20th Floor
   Oakland, CA 94612
   (510) 879-0860
   liz.rumsey@doj.ca.gov

*For Plaintiffs the State of California
and the California Air Resources Board*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> **DECLARATION OF DR. RUPA BASU IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT** |

   I, Dr. Rupa Basu, hereby state and declare as follows:

   1.   I make this declaration of my own personal knowledge, unless otherwise indicated, and could and would testify as set forth herein if called to do so.

   2.   I am currently, and have since 2014 been, Chief of the Air and Climate Epidemiology Section at the California Environmental Protection Agency's (CalEPA) Office of Environmental Health Hazard Assessment (OEHHA).

3. Prior to my role as Section Chief, I was a Research Scientist (Epidemiologist) at OEHHA from 2005 to 2014. Prior to joining OEHHA, I worked as a scientist at the United States Environmental Protection Agency (U.S. EPA) in Washington D.C. and the Exponent Health Group in Washington D.C. and in Oakland, from 2002 to 2005. I hold a PhD in environmental and occupational epidemiology from the Johns Hopkins University Bloomberg School of Public Health, and an MPH in environmental health sciences from the UCLA School of Public Health.

4. My primary area of research is adverse health outcomes associated with various climate factors, with a particular focus on the health impacts of heat exposure and air pollution. I have spent two decades investigating the associations between climate and public health, with a special focus on the relationships between temperature, air pollution and mortality, morbidity, and adverse birth outcomes. My work has identified critical population subgroups that are particularly vulnerable to the health impacts of climate change, both in California and throughout the United States.

5. I contributed to OEHHA's May 2018 report titled *Indicators of Climate Change in California* (hereinafter Climate Indicators Report), which is Exhibit 4 to Plaintiffs' motion. The Climate Change Report was an interagency effort, with OEHHA coordinating contributions from subject-matter experts from dozens of federal and state agencies and universities. I also contributed to California's Fourth Climate Change Assessment (Assessment), a collaboration between the Governor's Office of Planning and Research, the California Energy Commission, and the California Natural Resources Agency, which was released in August 2018.

6. As is shown on page 176 of the Climate Indicators Report, I am one of the authors of, and am a listed contact person for, the section titled "Heat-Related Mortality and Morbidity."

7. Additionally, I authored or co-authored twelve peer-reviewed studies cited by the Climate Indicators Report, including the following:

     a.    Basu, R. and Ostro, B.D. (2008). A multicounty analysis identifying the populations vulnerable to mortality associated with high ambient temperature in California. *American Journal of Epidemiology* 168(6): 632-637.

     b.    Basu, R. (2009). High ambient temperature and mortality: A review of epidemiologic studies from 2001 to 2008. *Environmental Health Perspectives* 8: 40.

     c.    Basu, R., Malig, B. and Ostro, B. (2010). High ambient temperature and the risk of preterm delivery. *American Journal of Epidemiology* 172(10): 1108-1117.

     d.    Basu, R., Pearson, D., Malig, B., Broadwin, R. and Green, S. (2012). The effect of elevated ambient temperature on emergency room visits in California. *Epidemiology* 23(6): 813-20.

     e.    Basu, R., Sarovar, V. and Malig, B. (2016). Association between high ambient temperature and risk of stillbirth in California. *American Journal of Epidemiology* 183(10): 894-901.

8. As noted on its page 1, the Climate Indicators Report presents 36 indicators that, individually and collectively, establish how climate change is affecting California in order to "promote scientific analysis to inform decision-making on mitigating and adapting to climate change, and to serve as a resource for decision makers, scientists, educators, and the public."

9. As stated in both the Climate Indicators Report and the Assessment, and as my research shows, there is a documented relationship both in California and worldwide between elevated ambient temperature and an increase in illness (morbidity) and deaths (mortality). Heat-related illnesses are a broad spectrum of diseases, ranging from mild heat cramps to severe, life-threatening heat stroke, to death.

10. Studies in California have documented increased mortality risk not only with extreme heat events, but also with increasing apparent temperature. For example, during a ten-day heat wave in July 2006, researchers noted a peak in heat-related illnesses and deaths, and observed dramatic increases in emergency department visits for a wide range of illnesses,

including heat stroke, electrolyte imbalance, acute kidney failure, diabetes, and cardiovascular diseases. Warming temperatures have also been found to be associated with preterm delivery, with younger mothers and Black and Asian mothers at greatest risk.

11. My research also shows that certain groups are more vulnerable to heat exposure. These include the elderly, young children, people with pre-existing health conditions (such as heart or lung disease), African Americans, socially isolated people, the poor, and those who have difficulty getting medical care.

12. Higher temperatures also contribute to the formation of ground-level ozone. Recent evidence suggests that ozone exposure may be associated with increased mortality, strokes, heart disease, respiratory diseases such as asthma and reduced lung function, and some reproductive and developmental effects.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed January 18, 2019 in Oakland, California.

_____
Dr. Rupa Basu