1  XAVIER BECERRA
   Attorney General of California
2  GARY E. TAVETIAN
   DAVID A. ZONANA
3  Supervising Deputy Attorneys General
   TIMOTHY E. SULLIVAN, SBN 197054
4  ELIZABETH B. RUMSEY, SBN 257908
   JULIA K. FORGIE, SBN 304701
5  Deputy Attorneys General
6    1515 Clay Street, 20th Floor
     P.O. Box 70550
7    Oakland, CA 94612-0550
     Telephone: (510) 879-0860
8    Fax: (510) 622-2270
     E-mail: liz.rumsey@doj.ca.gov
9

10  *Attorneys for the State of California, by and through*
    *Attorney General Xavier Becerra and the California*
11  *Air Resources Board*

12                 IN THE UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          OAKLAND DIVISION

15

16

17  **STATE OF CALIFORNIA, *et al.*,**          Case No. 4:18-cv-03237-HSG

18                 **Plaintiffs,**               **DECLARATION OF PHILIP MOTE IN
                                                 SUPPORT OF PLAINTIFFS' JOINT
19          **v.**                               MOTION FOR SUMMARY JUDGMENT**

20  **UNITED STATES ENVIRONMENTAL**             **[Civil L.R. 6-3(a)(4)]**
    **PROTECTION AGENCY, et al.,**
21                                               Judge: Hon Haywood S. Gilliam, Jr.

22                 **Defendants**

23

24

25

26

27

28

I, Philip Mote, hereby declare as follows:

1.     I have been, since 2009, the founding Director of the Oregon Climate Change Research Institute (OCCRI). I am making this declaration in my personal capacity as an expert based on my experience and training, and not on behalf of Oregon State University.

2.     OCCRI was created by the state legislature under HB3543 and among other things is tasked with "assess[ing]… the state of climate change science, including biological, physical and social science, as it relates to Oregon and the likely effects of climate change on the state." The Third Oregon Climate Assessment Report (http://www.occri.net/publications-and-reports/third-oregon-climate-assessment-report-2017/) was released in January 2017 and forms the basis for this declaration.

3.     The key climate risks facing Oregon have been known for years. At the top of the list are the effects of declining snowpack induced by warming, which include lower summer streamflow and soil moisture. As snowfall gives way to rainfall, fall and winter flood risk is also expected to increase in most basins, particularly in mixed rain-snow basins with near-freezing winter temperatures. Future changes in water supply and demand are expected to strain the ability of existing infrastructure and operations to meet all the varied water needs of Oregonians.

4.     A second major climate risk is forest disturbances (wildfires, drought, and insect outbreaks), all of which are linked to warming and all of which can transform forests. Changing climate will shift ideal growing zones for many important tree species and vegetation types, with conifer forests shifting to mixed- forests west of the Cascade Range and subalpine forests shrinking. The observed increase in wildfire activity is partially due to human-caused climate change; increasing wildfire activity is expected under future warming. Mountain pine beetle, western spruce budworm, and Swiss needle cast remain major disturbance agents in Oregon's forests that are expected to expand.

1

5.      A third major climate risk is rising sea levels, which will exacerbate coastal flooding and erosion hazards, while changes in the ocean will alter its ecosystems. The magnitude of sea level rise depends on future greenhouse gas emissions and on the rapidity with which ice in Antarctica melts, which is poorly known. On the Oregon coast, sea level is projected to rise by 12 to 47 inches under a high emissions pathway by the end of the 21st century. Such sea levels would place thousands of Oregonians and homes, and over 100 miles of roads in Oregon, at risk of inundation from annual flood events reaching 4 feet above high tide.

6.      For agriculture, beneficial longer growing seasons may be offset, for some places and crops, by insufficient water and by insect and disease stress. Over the next few decades, warming winters, expanding growing seasons, and carbon dioxide enrichment may boost yields for some Oregon crops and create opportunities to grow new crops and varieties, but such benefits hinge on having adequate water supply, which is projected to dwindle, especially in areas that rely on snowpack. For other crops such as tree fruits, warming winters may prevent adequate chilling needed for a healthy crop yield. In the long-term, increased heat and drought stress, water shortage, and pressure from pests and diseases may supersede the positive benefits of increased crop yield. Improved irrigation water management strategies will be necessary to handle heat and drought stress and longer growing seasons.

7.      Scientists have quantitatively linked climate trends and events to human activity. Human emissions of greenhouse gases dominated the warming trend of average annual temperature in the Pacific Northwest since 1900, contributed an additional 16,000 square miles of wildfire burned area in the western United States since 1984, contributed to the 2014–2015 snow drought in Oregon through warmer temperatures, and made Oregon's coastal waters more acidic in 2013.

2

8.      The 2015 snow drought was caused by record-high winter temperatures and occurred in spite of normal precipitation. It therefore foreshadows conditions that could become common by 2050 unless global greenhouse gas emissions are significantly reduced. Impacts included insufficient water supply in reservoirs, a fire season in which more than double the average acreage burned (still greater acreage burned in 2017), warm streams that reduced salmon returns, and agricultural crop losses. With continued warming, this type of drought is expected to occur more often in the future.

9.      Under continued increasing greenhouse gas emissions, Oregon's climate is projected to warm on average 3–7° F by the 2050s and 5– 11° F by the 2080s. If greenhouse gas emissions level off by mid-century, warming would be limited to 2–5° F by the 2050s and 2–7° F by the 2080s. Summers are expected to warm more than the annual average and are likely to become drier. Extreme heat and precipitation events are expected to become more frequent.

10.     The warming observed to date, which has been linked (paragraph #7) to human activity, has already affected the region. Spring snowpack has declined, summer low flows have decreased, and streamflow timing has shifted earlier at many sites in Oregon and the rest of the Pacific Northwest. Wildfire risk has increased. Coastal erosion has accelerated, driven by a combination of bigger waves and higher mean sea levels.

11.     Climate change affects the health of Oregonians. More frequent heat waves are expected to increase heat-related illness and death. More frequent wildfires and poor air quality are expected to increase respiratory illnesses. (Oregon has already experienced a dramatic increase in "unhealthy air days" due to forest fires. The Medford metro region experienced 20 air quality alert days due to fire from 1985 through 2001, 19 of those in one year. From 2002 through 2012, Medford had 22 such days. But since 2013, Medford has had 74 such days, including 20 in 2017 and 35 in 2018. Portland, meanwhile, had a total of two such days from 1985 through

3

2014—but 13 such days from 2015 through 2018.) Warmth and extreme precipitation are expected to increase the risk of exposure to some vector- and water-borne diseases. Access to sufficient, safe, and nutritious food may be jeopardized by climate change. Extreme climate or weather events can diminish mental health. Certain populations will be disproportionately affected by such climate-related health impacts. Adaptation strategies may reduce the projected adverse health outcomes.

12.     Climate change uniquely affects the culture, sovereignty, health, economies, and ways of life of American Indian tribes. Changes in terrestrial and aquatic ecosystems will affect resources and habitats that are important for the sovereignty, culture, economy, and community health of many Native American tribes. Tribes that depend upon these ecosystems, both on and off reservation, are among the first to experience the impacts of climate change. Of particular concern are changes in the availability and timing of traditional and ceremonially important foods such as salmon, shellfish, and berries, and other plant and animal species important to tribes' traditional way of life.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed January  18, 2019 in Corvallis, Oregon.


_____
Philip Mote
Director Oregon Climate Change
Research Institute Oregon State
University

4