1  XAVIER BECERRA
   Attorney General of California
2  GARY E. TAVETIAN
3  DAVID A. ZONANA
   Supervising Deputy Attorneys General
4  TIMOTHY E. SULLIVAN, SBN 197054
   ELIZABETH B. RUMSEY, SBN 257908
5  JULIA K. FORGIE, SBN 304701
   Deputy Attorneys General
6  1515 Clay Street, 20th Floor
7  P.O. Box 70550
   Oakland, CA 94612-0550
8  Telephone: (510) 879-0860
   Fax: (510) 622-2270
9  E-mail: liz.rumsey@doj.ca.gov

10  *Attorneys for the State of California, by and through*
    *Attorney General Xavier Becerra and the California*
11  *Air Resources Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.*, <br><br> **Defendants** | Case No. 4:18-cv-03237-HSG <br><br> **DECLARATION OF GLENN PATTERSON IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT** <br><br> [Civil L.R. 6-3(a)(4)] <br><br> Judge: Hon Haywood S. Gilliam, Jr. |

I, Glenn Patterson, hereby declare as follows:

1. I make this declaration of my own personal knowledge, unless otherwise indicated, and could and would testify as set forth herein if called to do so.

2. I am currently and have been, since January 2018, the Assistant Deputy Director of Fire Protection for the California Department of Forestry and Fire Protection (CAL FIRE).

3. In my role as Assistant Deputy Director of Fire Protection, I serve as the principal advisor to the Deputy Director of Fire Protection in formulating, evaluating, recommending, and administering statewide policies regarding fire protection operations, homeland security, law enforcement, cost recovery, and other non-fire emergencies.

4. I am also responsible for policy development, direction, and implementation for CAL FIRE's Operations program. This responsibility includes administering statewide fire protection programs and policy development and implementation for the following programs: Aviation Management; Fleet Management; Fire Protection Operations; Law Enforcement; and Cost Recovery.

5. I also participate in the development, establishment, implementation, and evaluation of all departmental policies, programs, budgets, and other fiscal matters regarding fire protection policies and issues.

6. 2018 was the worst fire season on record in California by several metrics, including loss of life, acreage burned, and property damage. It included the Camp Fire, the single most destructive fire in the State's history, as well as the Mendocino Complex Fire, the largest recorded wildfire, which burned 459,123 acres.

7. The Camp Fire broke out on November 8, 2018 and was not fully contained until November 25. At least 86 people died as a result of the fire, and it devastated the Butte County

town of Paradise, destroying 18,804 structures, including more than 13,500 homes. The Camp Fire ultimately burned approximately 153,336 acres.

8. Until 2018, the 2017 fire season was the worst on record by those same metrics (loss of life, acreage burned, and property damage). It included the Thomas Fire, which was the second-largest recorded fire behind the 2018 Mendocino Complex Fire, and the Tubbs Fire, which killed 22 people in Napa and Sonoma Counties.

9. According to CAL FIRE records kept in the ordinary course of business, which I am familiar with, ten of the twenty most destructive wildfires in California history occurred between 2015 and 2018 (eight of those in just the last two years).

10. According to CAL FIRE records kept in the ordinary course of business, which I am familiar with, the annual cost of fighting wildfires to the State of California has roughly tripled just since 2000. Specifically, from 2000 to 2005, the average annual cost of fighting wildfires in California was approximately $167 million. (When adjusted for inflation using the U.S. Inflation calculator, that sum is roughly $226 million.) In the last five years—from 2014 to 2019—the average annual cost was approximately $646.6 million (adjusted), almost three times the cost from 2000-2005.

11. Several factors have contributed to the recent increase in the intensity of wildfires and the fact that they more often occur outside of what is traditionally regarded as the fire season. These factors include a decrease in the moisture content of vegetation, consistent with drought conditions.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed January 18, 2019 in Sacramento, California.

Glenn Patterson