IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** *et al.*,<br><br>    **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.*,<br><br>    **Defendants** | Case No. 4:18-cv-03237-HSG<br><br>Hearing Date: April 25, 2019<br>Time:    2:00 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:   Hon Haywood S. Gilliam, Jr. |

## **DECLARATION OF GEORGE S. ABURN, Jr.**

I, George S. Aburn, Jr., declare as follows:

1. I am employed as the Director of the Air and Radiation Administration ("ARA") within the Maryland Department of the Environment ("MDE" or "the Department"). I have held this position since February of 2006. In this capacity, among other responsibilities, I oversee management of the State's air quality compliance, monitoring and planning programs, including the development of State Implementation Plans ("SIPs").

2. Prior to my appointment as Director, I served as the Department's Manager of Air Quality Planning and Monitoring Program for 14 years. In that position I was responsible for development of State plans to achieve compliance with National Ambient Air Quality Standards ("NAAQS"), development of new

regulatory initiatives and adoption of air quality control regulations, as well as education and outreach efforts. I have worked in the air quality control programs for MDE or its predecessor agency in various capacities for the past 36 years. I received a Bachelor's Degree in Environmental Engineering from Brown University in 1978.

3. In my professional capacity, I have served as Chairman of various working committees for the Ozone Transport Commission ("OTC"). I am on the Board of Directors, and current chair, for the Mid-Atlantic Regional Air Management Association ("MARAMA"), and I am a two-term past President of the National Association of Clean Air Agencies ("NACAA"). I serve as the Co-Chair of NACAA's Criteria Pollutant Committee. I have also played a key role in earlier efforts intended to address ozone transport. In 1995, Maryland co-chaired the Implementation Strategies and Issues Workgroup of the Ozone Transport Assessment Group ("OTAG"). In 2009, Maryland played a key role in a 17-state collaboration ("the State Collaborative") that provided EPA with recommendations on air pollution transport.

4. Addressing climate change has been one of the biggest challenges I have encountered in my over 30-year career working on air pollution policy and control. I have managed our efforts, inside Maryland, to identify every feasible control program that could provide some meaningful benefit. I have organized, funded and been part of approximately 10 years of research related to climate change and efforts to reduce greenhouse gas ("GHG") emissions. I have worked with other

states to try and adopt regional control programs to reduce GHG emissions, such as the Regional Greenhouse Gas Initiative ("RGGI").  I can, with certainty, state that unless the impacts of climate change are effectively reduced, Maryland faces severe consequences.

5. Maryland has been and continues to be impacted by climate change. With more than 3,000 miles of coastline, Maryland's coast is particularly vulnerable to rising sea levels and the more extreme weather events associated with climate change: shoreline erosion, coastal flooding, storm surges, inundation, and saltwater intrusion into groundwater supplies.  In 2007, the Maryland Commission on Climate Change ("MCCC") was established and charged with evaluating and recommending state goals to reduce Maryland's GHG emissions to 1990 levels by 2020 and to reduce those emissions to 80 percent of their 2006 levels by 2050. The MCCC was also tasked with developing a plan of action that addressed the causes and impacts of climate change and included firm benchmarks and timetables for policy implementation. As a result of the work of more than 100 stakeholders and subject matter experts, the MCCC produced a climate action plan.

6. That plan was the impetus of Maryland's Greenhouse Gas Emissions Reduction Act of 2009 ("GGRA").  This groundbreaking law requires statewide, science-based reductions in the GHGs that are changing our climate and threatening our health.  In order to achieve those reductions, this law also required the creation of Maryland's Greenhouse Gas Reduction Plan.  Maryland's Greenhouse Gas

Reduction Plan lays out state actions to achieve the required 25% reduction in GHGs from 2006 levels by 2020. The GGRA specifically required the development of a baseline inventory for 2006. This inventory was developed based on six categories of heat retaining gases: carbon dioxide, methane, nitrous oxide, sulfur hexafluoride, hydrofluorocarbons and perfluorocarbon. These gases have various global warming potentials, with gases like Methane (CH4), having a higher GWP potential than CO2.

7. The GGRA directed the state to reduce climate pollution by 25 percent by 2020, and led to the creation of Maryland's wide-ranging Greenhouse Gas Reduction Plan, which includes more than 150 programs. Through the plan, Maryland committed to implement smart environmental and economic strategies, such as increasing clean energy use, helping customers save energy and money through Maryland's EmPower program, and participating in the Regional Greenhouse Gas Initiative, a regional program that reduces carbon pollution from fossil fuel fired power plants. More recently, on April 4, 2016, Governor Larry Hogan signed the landmark Greenhouse Gas Emissions Reduction Act of 2016 ("GGRA 2016") into law. The GGRA 2016 further extended the goal to a 40 percent reduction in GHGs from 2006 levels by 2030, requiring long-term cuts in pollution and positioning Maryland just behind California and New York for climate goals.

8. Estimates provided by the MCCC's Science and Technical Working Group ("STWG") indicate that Maryland is projected to experience between 2.1 and

5.7 feet of sea level rise over the next century. In fact, sea level could be as much as 2.1 feet higher in 2050 along Maryland's shorelines than it was in 2000. The MCCC's STWG recommends that it would be prudent to plan for such an occurrence. Sea level rise could inundate some facilities of the Port of Baltimore, placing one of the most important ports along the East Coast at risk. In 2014, the Port of Baltimore generated more than $3 billion in business revenue and wages while moving more than $52.5 billion of cargo.

9. The State's tourism sector is also likely to feel the impact of climate change. In 2016, Maryland visitors spent $17.3 billion dollars, more than 60 percent of which was in the industries of transportation, food and beverage, and lodging. Tourism in the State supported 146,012 direct full-time equivalent jobs in that year, bringing in wages of approximately $6 billion; while visitor spending generated over $2.3 billion in state and local taxes. Rising sea levels, increased flooding and elevated storm surges from severe weather are likely to put an additional strain on Maryland's already vulnerable over 3,000 miles of low-lying urban and coastal lands. These problems could make it more difficult for tourists to travel to the region and elevate the costs to coastal communities and the state of maintaining bridges, roads and boardwalks.

10. In 2016, the market value of all agricultural products was over $2.3 billion. Maryland's total production in 2017 included over $1 billion in broiler chickens, $699 million in field crops, and $169 million in milk. Poultry farms, the

highest grossing agricultural industry in the state, are expected to see increased summer cooling costs, decreased growth rates, increased mortality and increased risk of Salmonella with increasing temperatures; challenging slim margins. Increased frequency of summer heat stress has the potential to negatively affect both field crops and milk production yields, and may amplify water demand, increasing the risk of over pumping groundwater for irrigation. This latter tendency, combined with sea-level rise, places unconfined aquifers exposed to the freshwater-saltwater interface on the Eastern shore at risk from saltwater intrusion. Forests contribute an estimated $2.2 billion to Maryland's economy and $24 billion in ecological services.  The condition of these ecosystems and the services they provide will be affected by climate change.  Climate change will alter distributions of species and habitats and exacerbate existing stressors at a rate and degree that cannot be fully predicted. Native species populations are likely to decline or migrate from the State while new species are likely to migrate in due to habitat shifts.  Services provided by forests such as temperature regulation, water filtration, aesthetic value and habitat can be altered and existing stressors can be exacerbated by climate change.

  11. Finally, the Chesapeake Bay is the largest estuary in the United States, fed by a watershed that stretches from mountains to sea across 64,000 square miles (166,000 square kilometers), spanning six states - Maryland, Delaware, Virginia, West Virginia, Pennsylvania, and New York - and the District of Columbia. Currently, revenues provided by the Bay and its watershed are estimated to be

approximately $1 trillion annually.  However, human development and pollution have degraded the natural resilience of the ecosystems of the Bay and its watershed, leaving them more vulnerable to extreme events.  Climate change will likely exacerbate this problem, creating a greater threat to these ecosystems. The Chesapeake Bay fisheries are expected to be impacted by a combination of environmental stressors, including basic water quality issues that include changes in temperature, salinity, and dissolved oxygen, as well as habitat loss due to sealevel rise and projected impacts on submerged grasses.

12. In terms of health impacts, the average number of days for which Maryland is likely to exceed temperatures of 90 degrees or higher is expected to rise considerably, markedly exacerbating heat-related illnesses and mortality, particularly among the elderly.  Pollution, excessively warm temperatures and other environmental factors such as extreme precipitation have also been shown to increase the risk of a number of infectious diseases.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

So declared this 22 day of January, 2019.

George S. Aburn, Jr.