Susannah L. Weaver – *Admitted Pro Hac Vice*
**Donahue, Goldberg & Weaver, LLP**
1008 Pennsylvania Ave SE
Washington DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
susannah@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.*, <br><br> Defendants. | Case No: 4:18-cv-03237-HSG <br><br> **DECLARATION OF JOHN STITH IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT** <br><br><br> Judge: Hon. Haywood S. Gilliam Jr. |

Alex George Hanafi, CA Bar No. 200418
**Environmental Defense Fund**
123 Mission Street
San Francisco, CA 94105
ahanafi@edf.org
Phone: (202) 572-3260
Fax: (415) 293 -6051
*Local Counsel for Environmental Defense Fund*

Tomás Carbonell– *Admitted Pro Hac Vice*
**Environmental Defense Fund**
1875 Conn. Avenue, N.W. Suite 600
Washington, DC 20009
Phone: (202) 572-3610 (Mr. Carbonell)
tcarbonell@edf.org
*Counsel for Environmental Defense Fund*

Peter Zalzal– *Admitted Pro Hac Vice*
Rachel Fullmer– *Admitted Pro Hac Vice*
**Environmental Defense Fund**
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rfullmer@edf.org
*Counsel for Environmental Defense Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF JOHN STITH
### Submitted in Support of Environmental Defense Fund

I, John Stith, declare as follows:

1. I am Director of Database Marketing and Membership Analytics at the Environmental Defense Fund ("EDF"). I have had this position for more than 11 years.

2. My duties include maintaining an accurate list of members. My colleagues and I provide information to members, acknowledge gifts and volunteer actions, and manage the organization's member databases. My work requires me to be familiar with EDF's purposes, staffing, activities, and membership.

3. EDF is a membership organization incorporated under the laws of the State of New York. It is recognized as a not-for-profit corporation under section 501(c)(3) of the United States Internal Revenue Code.

4. EDF relies on science, economics, and law to protect and restore the quality of our air, water, and other natural resources. EDF employs more than 150 scientists, economists, engineers, business school graduates, and lawyers to help solve challenging environmental problems in a scientifically sound and cost-effective way.

1

5.     I am aware that on August 29, 2016, the Environmental Protection Agency ("EPA") promulgated emission guidelines for existing municipal solid waste ("MSW") landfills. 81 Fed. Reg. 59,276. These rules play an important role in reducing emissions of methane, a potent greenhouse gas; nonmethane organic compounds ("NMOCs"), which consist of certain hazardous air pollutants known to cause cancer and other negative health impacts; and volatile organic compounds ("VOCs"), which react with sunlight to form ground–level ozone, or smog.

6.     I understand that states were required to submit plans implementing the guidelines by May 30, 2017, and that EPA was required to approve or disapprove submitted plans by September 30, 2017.[1] I also understand that by November 30, 2017 EPA was required to develop and promulgate a federal implementation plan for states that did not meet the May 30, 2017 deadline. 40 C.F.R. § 60.27(d). I understand EPA has not taken these actions and has communicated it does not plan to respond to state plans or promulgate a federal plan. Waste Dive, *EPA Offers Public Clarification on Timeline for NSPS, EG Landfill Rules Months After Stay Expires* (October 31, 2017).[2]

7.     EDF has a strong organizational interest, and a strong interest that is based in its members' public health, environmental, economic, professional,

---

[1] EPA's regulations implementing Sections 111(b) and 111(d) of the Clean Air Act (40 C.F.R., Subpart B) mandate this timeline. 40 C.F.R. §§ 60.23(a)(1), 60.27(b).
[2] *Available at* https://www.wastedive.com/news/epa-offers-public-clarification-on-timeline-for-nsps-eg-landfill-rules-mon/508484/.

2

recreational, and aesthetic interests, in reducing harmful air pollution from existing MSW landfills.

8. Through its programs aimed at protecting human health and the environment, EDF has long pursued initiatives at the state and national levels designed to reduce emissions of health-harming and climate-altering air pollutants from all major sources, including MSW landfills.

9. EDF has also engaged extensively in the rulemaking process to advocate for protective, final MSW landfills guidelines. EDF took legal action to enforce EPA's duty to update the landfill standards and guidelines which resulted in the development and promulgation of these new regulations.[3] During the development of the rules, EDF participated in stakeholder meetings, published a Landfills White Paper in 2013 to provide detailed technical and policy recommendations, and submitted comments on the advanced notice of proposed rulemaking for the guidelines and proposals for both rules in both 2014 and 2015.[4]

10. When an individual becomes a member of EDF, his or her current residential address is recorded in our membership database. The database entry reflecting the member's residential address is verified or updated as needed. The database is maintained in the regular course of business and each entry containing

---

[3] *Environmental Defense Fund v. Perciasepe*, No. 11-cv-04492-KBF, Southern District of New York.
[4] Environmental Defense Fund, Recommendations and Considerations for EPA's Forthcoming Revisions to Section 111 Standards for MSW Landfills, Docket ID No. EPA-HQ-OAR-2014-0451-0008 (Jan. 2, 2013); Comments of Peter Zalzal on "Standards of Performance for Municipal Solid Waste Landfills and Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills: Proposed Rules" Document ID No. EPA-HQ-OAR-2014-0451-0181; Comments of Peter Zalzal and Tomás Carbonell on "Standards of Performance for Municipal Solid Waste Landfills and Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills: Proposed Rules" Document ID No. EPA-HQ-OAR-2014-0451-0038.

3

a member's residential address and membership status is promptly updated to reflect changes. I obtained the information about our membership discussed below from our membership database.

11.  EDF currently has over 461,000 members in the United States, and we have members in all 50 states and the District of Columbia. These members have a strong interest in protecting human health and the environment from air pollution.

12.  Many EDF members also live in and near areas affected by air pollution from MSW landfills and affected by climate change. I worked with mapping specialists at EDF to determine the number of members we have in close proximity to these pollution sources. EDF currently has 57,404 members living in a county that violates the 2015 health-based National Ambient Air Quality Standards for ground-level ozone and contains one or more MSW landfills that would be regulated under EPA's emissions guidelines for existing landfills. EDF also has an estimated 47 members living within ¼ mile of these affected landfills, 1,413 members living within one mile of these landfills, and 21,082 members living within three miles of these landfills.

13.  If EPA does not carry out its duty to approve state implementation plans and promulgate a federal implementation plan addressing emissions from existing MSW landfills, EDF's members will continue to be harmed by emissions

of dangerous air pollutants from these sources that these emissions standards would otherwise help to address.

I declare that the foregoing is true and correct.

_____
John Stith

Dated: September 12, 2018