Susannah L. Weaver – *Admitted Pro Hac Vice*
**Donahue, Goldberg & Weaver, LLP**
1008 Pennsylvania Ave SE
Washington DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
susannah@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, *et al.*,**<br><br>                                    **Plaintiffs,**<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,**<br><br>                                    **Defendants.** | Case No: 4:18-cv-03237-HSG<br><br>**DECLARATION OF TRISHA SHEEHAN IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Haywood S. Gilliam Jr. |

Alex George Hanafi, CA Bar No. 200418
**Environmental Defense Fund**
123 Mission Street
San Francisco, CA 94105
ahanafi@edf.org
Phone: (202) 572-3260
Fax: (415) 293 -6051
*Local Counsel for Environmental Defense Fund*

Tomás Carbonell– *Admitted Pro Hac Vice*
**Environmental Defense Fund**
1875 Conn. Avenue, N.W. Suite 600
Washington, DC 20009
Phone: (202) 572-3610 (Mr. Carbonell)
tcarbonell@edf.org
*Counsel for Environmental Defense Fund*

Peter Zalzal– *Admitted Pro Hac Vice*
Rachel Fullmer– *Admitted Pro Hac Vice*
**Environmental Defense Fund**
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rfullmer@edf.org
*Counsel for Environmental Defense Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF TRISHA SHEEHAN**
**Submitted in Support of Environmental Defense Fund**

I, Trisha Sheehan, declare as follows:

1.       I am currently a member of the Environmental Defense Fund ("EDF") and have been since 2012.  I also work as the National Field Manager with Moms Clean Air Force, a special project of EDF where I manage the field staff and volunteers from across the country to develop and deploy strategic plans to increase grassroots advocacy on key environmental issues at the local, state and federal level.  I have worked with Moms Clean Air Force since 2013.

2.       I support EDF's mission and Moms Clean Air Force's mission to protect the health and futures of our children from climate change and dangerous air pollution because as a parent to 3 young boys, I want them to have a safe and healthy world to grow up in.

3.       I currently live in Haddon Heights in Camden County, New Jersey with my three young sons, ages twelve, eight, and one.  We have lived at our current location for 2 years. Our home is approximately seven miles as the crow flies from the Pennsauken Sanitary Landfill, a municipal solid waste ("MSW") landfill located at 9600 River Road, Pennsauken Township in Camden County, New Jersey.  I

frequently drive my kids to and from sports activities and other events, which often brings me in even closer proximity to this landfill.

4.     I am aware that landfills are the third largest source of methane emissions in the United States, and that methane is a greenhouse gas that exacerbates climate change.  I also know that landfills release nonmethane organic compounds ("NMOCs"), which can include volatile organic compounds ("VOCs") that contribute to ground-level ozone formation as well as organic hazardous air pollutants ("HAPs") like Benzene, which is a known carcinogen.

5.     From my work with Moms Clean Air Force I understand that, in 2016, EPA established national emission guidelines to reduce methane emissions and other air pollution from existing MSW landfills.  In 2025, I understand EPA projected that the guidelines would reduce methane emissions by 290,000 tons per year and NMOCs by 1,810 tons.  I am aware that the Pennsauken landfill, close to my home, is one of the landfills subject to EPA's emission guidelines, but that the agency has indicated that it does not intend to enforce the state plan and federal plan requirements that are necessary to implement the guidelines and secure these important emissions reductions.

6.     I understand that, if implemented, the guidelines would require more protective surface monitoring measures, including, for example, a requirement to monitor any cracks or breaks in the landfill cover that could allow large amounts of

methane to escape. In addition, I understand that the guidelines lowered the emissions threshold for both installation and removal of gas capture systems at affected landfills from 50 megagrams per year of NMOCs to 34 megagrams per year of NMOCs.  Pennsauken landfill currently has a gas capture system and is projected to close in 2019, but landfills continue emitting pollution even after they close. Applying the emission guidelines' more protective thresholds for gas collection system removal will help to ensure that the system currently in place will operate longer. The system could continue to deliver emission reductions in future years that it would otherwise likely not if the higher thresholds applied.  Combined, these monitoring requirements and more protective emissions thresholds would benefit my own health and the health of my three children by reducing harmful landfill gas emissions (including methane, NMOCs, and HAPs) from the Pennsauken landfill near my home.

7.      I am aware that Camden County, New Jersey, where my family resides, is in nonattainment with the 2015 national health-based standard for ground-level ozone.

8.      I understand that there is well-established scientific research linking ozone pollution with serious health problems such as respiratory disease, asthma attacks, and impaired lung function. I know that being outside during high ozone days can be dangerous for children and adults. But, in particular, I'm aware that ozone

pollution poses more serious danger to children because their lungs are still developing and they spend more time outdoors than adults.

9. My children enjoy riding their bikes, playing soccer, and being outside or in our backyard with their friends. However, on days when ozone pollution is unsafe to breathe, I limit my children's outdoor activities, so they are not exposed to this harmful pollution.

10. In addition to these health threats posed by localized and regional pollution like ground-level ozone, I am aware that methane and other climate pollutants are rapidly changing our climate.

11. I grew up in Southern New Jersey, where my parents farm over 5,000 acres of land. My children and I still live in the area and will visit this farm regularly. I have personally watched the impacts of climate change affect my parents' farming business. Increased heavy downpours and higher temperatures mean a decrease in crop yield and an increase in pesticide and fungicide use.  Higher temperatures have required increased water use and resulted in a reduced yield when daytime temperatures exceed 90 degrees for even short periods of time. Warmer temperatures and higher carbon dioxide concentration also contribute to an increase in crop disease, resulting in higher concentrations and more frequent spraying of toxic chemical pesticides.

12. I hope that my children will be able to continue operating our family farm, and I am concerned that the impacts of climate change will negatively affect our family business and decrease the chances that my children can continue operating our farm in the future.

13. I am concerned that if EPA continues to fail to implement the MSW landfills guidelines, my health and the health of my family will be adversely impacted by the air pollution that the guidelines would have reduced. I am further concerned that EPA's failure to implement the guidelines will mean that my children and I will be unable to engage in the recreational activities that we enjoy.

I declare that the foregoing is true and correct.

Trisha Sheehan

Dated: September 12, 2018