Susannah L. Weaver – *Admitted Pro Hac Vice*
**Donahue, Goldberg & Weaver, LLP**
1008 Pennsylvania Ave SE
Washington DC 20003
Phone: (202) 569-3818 (Ms. Weaver)
susannah@donahuegoldberg.com
*Counsel for Environmental Defense Fund*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, *et al.*, <br><br> Defendants. | Case No: 4:18-cv-03237-HSG <br><br> **DECLARATION OF DENISE FORT IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR SUMMARY JUDGMENT** <br><br> Judge: Hon. Haywood S. Gilliam Jr. |

Alex George Hanafi, CA Bar No. 200418
**Environmental Defense Fund**
123 Mission Street
San Francisco, CA 94105
ahanafi@edf.org
Phone: (202) 572-3260
Fax: (415) 293 -6051
*Local Counsel for Environmental Defense Fund*

Tomás Carbonell– *Admitted Pro Hac Vice*
**Environmental Defense Fund**
1875 Conn. Avenue, N.W. Suite 600
Washington, DC 20009
Phone: (202) 572-3610 (Mr. Carbonell)
tcarbonell@edf.org
*Counsel for Environmental Defense Fund*

Peter Zalzal– *Admitted Pro Hac Vice*
Rachel Fullmer– *Admitted Pro Hac Vice*
**Environmental Defense Fund**
2060 Broadway, Suite 300
Boulder, CO 80302
Phone: (303) 447-7214 (Mr. Zalzal)
Phone: (303) 447-7208 (Ms. Fullmer)
pzalzal@edf.org
rfullmer@edf.org
*Counsel for Environmental Defense Fund*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DECLARATION OF DENISE FORT**
Submitted In Support of Environmental Defense Fund

I, Denise Fort, declare as follows:

1. I am currently a member of Environmental Defense Fund (EDF), and I have been a supporter for many years, beginning with a position as an intern while still in law school. I reside in Santa Fe County, New Mexico. I have resided in New Mexico for more than 25 years and am a tenured faculty member at the University of New Mexico School of Law, with the title of Research Professor and Emerita Professor of Law. My area of expertise is environmental and natural resources law.

2. As a law school professor specializing in the environmental field, I closely follow regulatory developments concerning the Clean Air Act, climate change, and greenhouse gas emissions, including through communications that I receive as an EDF member. With this expertise, I have taught classes on environmental law, climate change, and natural resources law.

3. Because of my concerns about air pollution and climate change, I am also engaged in advocating for environmental protection and renewable energy. I do this work with EDF as well as other environmental organizations. I give speeches at various venues and publish opinion pieces in the media regarding the need for well-funded, functional, and effective state and federal environmental agencies.

4.	I am aware that municipal solid waste (MSW) landfills emit significant amounts of air pollution, including: methane, a potent greenhouse gas; volatile organic compounds (VOCs), which form ground-level ozone or "smog;" and hazardous air pollutants including known human carcinogens.[1] I understand from published reports that ozone air pollution can seriously impair breathing and result in chronic respiratory damage and premature aging of the lungs.[2] I am also aware that the Intergovernmental Panel on Climate Change (IPCC) reports that methane traps heat at a rate of 84 times that of CO2 over a 20-year time frame, contributing significantly to global warming.[3] I understand that landfills are the third-largest source of human-related methane emissions in the United States.[4]

5.	I am aware that the EPA has published *Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills*.[5] I understand that EPA has determined the MSW landfills emissions guidelines would result in reductions of

---

[1] *See* 81 Fed. Reg. 59281, "Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills."
[2] EPA, *Regulatory Impact Analysis for the Proposed Revisions to the Emission Guidelines for Existing Sources and Supplemental Proposed New Source Performance Standards in the Municipal Solid Waste Landfills Sector*, August 2015, EPA-452/R-15-008, 4-24.
[3] Intergovernmental Panel on Climate Change, *Climate Change 2014 Synthesis Report*, 87 (2015), *available at*: https://www.ipcc.ch/pdf/assessment-report/ar5/syr/SYR_AR5_FINAL_full.pdf.
[4] EPA's published Emissions Guidelines explicitly highlight this problem. *See* 81 Fed. Reg. 59281.
[5] 81 Fed. Reg. 59276 (Aug. 29, 2016). Docket No. EPA-HQ-OAR-2014-0451. *See* 40 C.F.R. Part 60, Subpart Cf.

2,770 Megagrams per year (Mg/yr) of non-methane organic compounds and 436,100 Mg/yr of methane in 2025.[6]

6.      I also understand that states were required to submit plans to implement these guidelines by May 30, 2017, and that EPA was required to approve or disapprove submitted plans by September 30, 2017.[7] I am aware that by November 30, 2017 EPA was required to develop and promulgate a federal implementation plan for states that did not meet the May 30 deadline.[8] I understand that the EPA has not approved submitted state plans or promulgated a federal plan, and I am also aware the agency has communicated it has no intent to respond to submitted state plans or impose federal plans.[9]

7.      Because of my work as an environmental advocate, I am familiar with, and deeply concerned about, the impacts of climate change due to greenhouse gas emissions.  I am aware of the latest scientific evidence, which concludes that

---

[6] EPA, *Regulatory Impact Analysis for the Proposed Revisions to the Emission Guidelines for Existing Sources and Supplemental Proposed New Source Performance Standards in the Municipal Solid Waste Landfills Sector*, August 2015, EPA-452/R-15-008, 4-1.

[7] EPA's regulations implementing Sections 111(b) and 111(d) of the Clean Air Act (40 C.F.R., Subpart B) mandate this timeline. 40 C.F.R. §§ 60.23(a)(1), 60.27(b).

[8] 40 C.F.R. § 60.27(d).

[9] Waste Dive, *EPA Offers Public Clarification on Timeline for NSPS, EG Landfill Rules Months After Stay Expires* (Oct. 31, 2017) ("Since the Agency is reconsidering various issues regarding the landfill regulations, at this time we do not plan to prioritize the review of these state plans, nor are we working to issue a Federal Plan for states that failed to submit a state plan."), *available at* https://www.wastedive.com/news/epa-offers-public-clarification-on-timeline-for-nsps-eg-landfill-rules-mon/508484/ (last accessed Sept. 6, 2018).

warming of the climate is unequivocal, that it is extremely likely that human influences have been the dominant cause of this warming since the mid-20th century, and that continued emissions of greenhouse gases will cause further warming.

8.   This evidence demonstrates that climate change is posing a significant threat to the wellbeing of humans, wildlife, and the natural environment.  For instance, I am aware of scientific evidence suggesting that certain types of extreme weather events—including heat waves, heavy downpours, and, in some areas, floods and droughts—have become more frequent and/or intense.  Studies also confirm that warming is causing sea levels to rise, oceans to become more acidic, and snowpack to decline.

9.   The evidence also shows that these and other changes threaten human health.  For example, more intense heatwaves lead to more heat-related disease and deaths.  An increased risk of drought can contribute to water supply shortages and exacerbate wildfires, which can cause personal injury, damage infrastructure, and contribute to worsening air pollution problems.  Extreme precipitation events can lead to flooding that can cause injuries and increase the risk of contracting waterborne diseases.  And rising sea levels can threaten public safety through an increased risk of coastal flooding and storm surges.  These are just some of the numerous public health and safety harms associated with climate change.

10.   I see many of these impacts occurring in New Mexico, where my family and I live.  For instance, New Mexicans are experiencing elevated temperatures,

reduced snowfall in the mountains, and an increase in both the occurrence and severity of extreme weather events like droughts and heat waves. Summertime temperatures for the southwest region due to climate change are higher than the rest of country, making New Mexicans like myself particularly vulnerable to heat-related diseases and deaths. New Mexico is also currently experiencing an extreme monsoon season and I am concerned that this pattern of extreme drought and extreme precipitation will continue to damage property and put human lives at risk.

11. Personally, I have in the past and intend to continue enjoying the outdoors on my own property. I am aware that climate change has caused an increased risk of forest fires—New Mexico has already experienced an increase in the frequency and severity of wildfires in recent years. My home in Santa Fe is in a pinon-juniper forest, which is affected by a bark beetle that spreads during conditions that are more prevalent in warmer climates. The bark beetle kills pinons. The resulting dead trees make ready fuel for increasingly intense and frequent wildfires. I have removed lower branches from trees in my yard and removed dead vegetation close to the house. The potential destruction of the landscape around my home and possibly my home itself from forest fires has an obvious negative effect on my life and on my property value.

12. I enjoy hiking, skiing, engaging in river sports, and bird watching in many areas across New Mexico. I have visited the Bisti Badlands and traveled around the Four Corners area of New Mexico. Often accompanied by my daughter

and friends, I hike at all elevations in the nearby Santa Fe and Carson National Forests, as well as in natural areas surrounding Albuquerque, in Bernalillo County. We kayak on the Rio Grande and the Chama rivers.  We engage in birdwatching during these outings, and regularly do so in our own backyard.  On these excursions, I derive great pleasure from viewing trees, other natural vegetation, and wildlife.

13. A warming climate, in which there is less snow, will reduce our recreational opportunities.  Reduced snowfall caused by global warming will limit my ability to ski in the winter, and changes in snowpack will reduce runoff during the summer, which will lower water levels, limiting my ability to recreate in the river.

14. I am also concerned about the health risks posed by landfill gas emissions from MSW landfills. I understand that, by exacerbating climate change, these emissions can result in increased ground-level ozone formation. I further understand that exposure to ozone can lead to and exacerbate a variety of respiratory and cardiovascular problems. I also understand that landfill gas emissions can include hazardous and even carcinogenic compounds. I am concerned that I am exposed to this dangerous air pollution where I live and recreate.

15. Approving state implementation plans and promulgating a federal implementation plan for emissions from existing MSW landfills is necessary to mitigate the effects of climate change, protect human health, and reduce harmful air pollution in New Mexico. I am concerned that EPA's failure to enforce these emissions guidelines presents an imminent and concrete injury to my health and well-

being and that of my family, as well as to the survival, health, and natural beauty of the ecosystems where I live and recreate.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Denise Fort

Executed on September 12, 2018