IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> **[PROPOSED]** **ORDER REGARDING STATE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE FEE MOTION** <br><br> Judge Hon. Haywood S. Gilliam, Jr. |

BEFORE THE COURT is State Plaintiffs'[1] Motion for Extension of Time to File Fee Motion, filed on May 24, 2019. After consideration of the motion and declaration of Elizabeth B. Rumsey in support, the Court GRANTS State Plaintiffs' Motion for Extension of Time to File Fee Motion and hereby extends the deadline to file a motion under Federal Rule of Civil Procedure 54(d) for fees and costs in this matter to September 3, 2019.

**IT IS SO ORDERED.**

Dated: ___6/3/2019___

*Haywood S. Gilliam Jr.* (signature)
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1] State Plaintiffs are the States of California, Illinois, Maryland, New Mexico, Oregon, Rhode Island, and Vermont, the Commonwealth of Pennsylvania, and the California Air Resources Board.

1