# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

STATE OF CALIFORNIA, *et al.*

Plaintiffs,

and

ENVIRONMENTAL DEFENSE FUND,

Plaintiff-Intervenor,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

Defendants.

Case No.: 4:18-cv-03237-HSG

**ORDER**

Pursuant to stipulation and for good cause shown, the Court's Order of May 6, 2019 requiring EPA "to approve or disapprove of existing state plans, as required by 40 C.F.R. § 60.27(b), no later than September 6, 2019," shall be considered to include the state plan from Arizona covering Pinal County.

**IT IS SO ORDERED**.

DATED this 14th day of June, 2019.

HAYWOOD S. GILLIAM, JR.
United States District Court Judge