**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>Plaintiffs,<br><br>and<br><br>ENVIRONMENTAL DEFENSE FUND,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants. | Case No.: 4:18-cv-03237-HSG<br><br>**ORDER** |

Pursuant to stipulation and for good cause shown, the Court's Order of May 6, 2019 requiring EPA "to approve or disapprove of existing state plans, as required by 40 C.F.R. § 60.27(b), no later than September 6, 2019," shall not be considered to include the state plan from Arizona covering Maricopa County. Should EPA not approve a state plan from Arizona covering Maricopa County before EPA promulgates the federal plan required by this Court's Order to be promulgated by November 6, 2019, EPA shall apply such federal plan to Maricopa County.

**IT IS SO ORDERED**.

DATED this 19th day of July, 2019.

HAYWOOD S. GILLIAM, JR.
United States District Court Judge