# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> **ORDER REGARDING JOINT STIPULATION REQUESTING EXTENSION OF TIME TO FILE FEE MOTION** <br><br><br> Judge Hon. Haywood S. Gilliam, Jr. |

## ORDER

BEFORE THE COURT is the Joint Stipulation Requesting an Extension of Time to File Fee Motion submitted on September 3, 2019, by Plaintiffs States of California, Illinois, Maryland, New Mexico, Oregon, Rhode Island, and Vermont, the Commonwealth of Pennsylvania, and the California Air Resources Board (State Plaintiffs), and Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Administrator of the EPA. After consideration of the stipulation and declaration of Elizabeth B. Rumsey in support, the Court GRANTS the stipulated request and hereby orders that the deadline to file a fee motion is extended by 90 days to December 2, 2019.

**IT IS SO ORDERED.**

Dated: 9/4/2019

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE