| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>GARY E. TAVETIAN<br>DAVID A. ZONANA<br>Supervising Deputy Attorneys General<br>TIMOTHY E. SULLIVAN, SBN 197054<br>ELIZABETH B. RUMSEY, SBN 257908<br>JULIA K. FORGIE, SBN 304701<br>Deputy Attorneys General<br>　1515 Clay Street, 20th Floor<br>　P.O. Box 70550<br>　Oakland, CA 94612-0550<br>　Telephone: (510) 879-0860<br>　liz.rumsey@doj.ca.gov | LESLIE M. HILL (D.C. Bar No. 476008)<br>Leslie.Hill@usdoj.gov<br>MARTHA C. MANN<br>Martha.Mann@usdoj.gov<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>4 Constitution Square<br>150 M St. N.E.<br>Suite 4.149<br>Washington D.C.  20002<br>Telephone (202) 514-0375<br>Facsimile (202) 514-8865 |
| *Attorneys for the State of California,*<br>*by and through Attorney General Xavier Becerra*<br>*and the California Air Resources Board* | *Attorneys for Defendants* |

*Additional counsel listed on signature page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al*.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>　　　　Defendants. | Case No. 4:18-cv-03237-HSG<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON EPA'S MOTION TO AMEND ORDER AND JUDGMENT** |

Pursuant to Civil L.R. 7-12, Plaintiffs the States of California, by and through the Attorney General and the California Air Resources Board; Illinois; Maryland; New Mexico; Oregon; Rhode Island; and Vermont; and the Commonwealth of Pennsylvania, by and through the Attorney General and the Pennsylvania Department of Environmental Protection (hereinafter States), together with Plaintiff-Intervenor Environmental Defense

Fund (together with States, Plaintiffs), and Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Acting Administrator of the EPA (EPA), hereby stipulate to and respectfully request that the Court move the date for hearing EPA's Motion to Amend Order and Judgment (Motion). In support of this stipulation, the parties state as follows:

1. On September 23, 2019, this Court issued a notice setting a hearing date of Thursday, October 24, 2019, for EPA's Motion. The Court ordered counsel to appear in person (Dkt. No. 115).

2. Lead counsel for the State of California, who has spoken for the States in this matter, has longstanding plans to be out of the country, and without telephone or email access, from October 12 through October 27, 2019. The Court's Calendar Clerk & Courtroom Deputy advised counsel to confer with EPA counsel regarding a list of possible alternate hearing dates and to file a stipulation regarding the parties' availability.

3. The parties have conferred and available on the following alternative hearing dates, in order of preference:

- Wednesday, October 30
- Thursday, October 31
- Tuesday, October 29
- Friday, November 1
- Monday, November 4

Counsel for EPA has a motion for summary judgment and cross-motion for summary judgment due on Thursday, November 7, 2019. Ctr. for Biological Diversity v. Wheeler, Case No. 3:19-cv-02782-EMC (N.D. Cal.) (Dkt. No. 22). Given the need for counsel to fly cross-country to and from this hearing, the week of November 4 is not preferred.

4. The parties are also available on October 11.

5. In the event that none of the dates proposed above are acceptable to the Court, the States will prepare alternative counsel to speak for them at the October 24 hearing.

The parties stipulate to and request that the Court enter the attached proposed order.

Dated: September 25, 2019

/s/ *Leslie M. Hill*
LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
MARTHA C. MANN
Martha.Mann@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. N.E.
Suite 4.149
Washington D.C. 20002
Telephone (202) 514-0375
Facsimile (202) 514-8865
*Attorneys for Defendant*

Date: September 25, 2019

/s/ *Susannah L. Weaver*
SUSANNAH L. WEAVER*
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Avenue SE
Washington, DC 20003
Telephone: (202) 569-3818
susannah@donahuegoldberg.com

PETER ZALZAL*
RACHEL FULLMER*
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 447-7214
pzalzal@edf.org
rfullmer@edf.org

TOMÁS CARBONELL*
Environmental Defense Fund
1875 Conn. Avenue, N.W. Suite 600
Washington, D.C. 20009
Telephone: (202) 572-3610
tcarbonell@edf.org

|   |   |
|---|---|
|   | ALEX GEORGE HANAFI (CA SBN 200418)<br>Environmental Defense Fund<br>123 Mission Street<br>San Francisco, CA 94105<br>Telephone: (202) 572-3260<br>ahanafi@edf.org<br>*Attorneys for Environmental Defense Fund* |
| Date:  September 25, 2019 | XAVIER BECERRA<br>Attorney General of California<br>GARY E. TAVETIAN<br>DAVID A. ZONANA<br>Supervising Deputy Attorneys General<br>TIMOTHY E. SULLIVAN<br>JULIA K. FORGIE<br>Deputy Attorneys General |
|   |  /s/ *Elizabeth B. Rumsey*<br>ELIZABETH B. RUMSEY<br>Deputy Attorney General<br>1515 Clay Street, 20th Floor<br>Oakland, CA 94612<br>(510) 879-0860<br>liz.rumsey@doj.ca.gov<br>*Attorneys for the State of California and the California Air Resources Board* |
| For the STATE OF ILLINOIS<br><br>LISA MADIGAN<br>Attorney General of Illinois<br>DANIEL I. ROTTENBERG<br>(pro hac vice admission pending)<br>Assistant Attorney General<br>Environmental Bureau<br>Illinois Attorney General's Office<br>69 W. Washington St., 18th Floor<br>Chicago, Illinois 60602<br>(312) 814-3816<br>DRottenberg@atg.state.il.us | For the STATE OF MARYLAND<br><br>BRIAN E. FROSH<br>Attorney General of Maryland<br>LEAH J. TULIN<br>(pro hac vice admission pending)<br>Assistant Attorney General<br>200 St. Paul Place<br>Baltimore, Maryland 21202<br>(410) 576-6962<br>ltulin@oag.state.md.us |

For the STATE OF NEW MEXICO

HECTOR BALDERAS
Attorney General of New Mexico
BILL GRANTHAM
(*pro hac vice* admission pending)
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
(505) 717-3520
wgrantham@nmag.gov

For the COMMONWEALTH OF PENNSYLVANIA

JOSH SHAPIRO
Attorney General of Pennsylvania
MICHAEL J. FISCHER
(*pro hac vice* admission pending)
Chief Deputy Attorney General
ROBERT A. REILEY
(*pro hac vice* admission pending)
Assistant Director, Pennsylvania Department of Environmental Protection
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
(215) 560-2171
mfischer@attorneygeneral.gov

For the STATE OF OREGON

ELLEN F. ROSENBLUM
Attorney General of Oregon
PAUL GARRAHAN
(*pro hac vice* admission pending)
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street, N.E.
Salem, Oregon 97301-4096
(503) 947-4342
paul.garrahan@doj.state.or.us

For the STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General of Vermont
NICHOLAS F. PERSAMPIERI
(*pro hac vice* admission pending)
Assistant Attorney General
Office of the Vermont Attorney General
109 State Street
Montpelier, Vermont 05609
(802) 828-3186
nick.persampieri@vermont.gov

For the STATE OF RHODE ISLAND

PETER F. KILMARTIN
Attorney General of Rhode Island
GREGORY S. SCHULTZ
(*pro hac vice* admission pending)
Special Assistant Attorney General
RI Department of Attorney General

150 South Main Street
Providence, RI 02903
(401) 274-4400
gschultz@riag.ri.gov