IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> **ORDER ON JOINT STIPULATION TO CONTINUE HEARING** <br><br> Judge Hon. Haywood S. Gilliam, Jr. |

**ORDER**

BEFORE THE COURT is the Joint Stipulation Regarding Hearing on EPA's Motion to Amend Order and Judgment, by Plaintiffs the States of California, by and through the Attorney General and the California Air Resources Board; Illinois; Maryland; New Mexico; Oregon; Rhode Island; and Vermont; and the Commonwealth of Pennsylvania, by and through the Attorney General and the Pennsylvania Department of Environmental Protection, together with Plaintiff-Intervenor Environmental Defense Fund, and Defendants United States Environmental Protection Agency (EPA) and Andrew R. Wheeler, in his official capacity as Administrator of the EPA.

For good cause shown and after consideration of the stipulation, the Court hereby orders that the hearing on EPA's motion to amend order and judgment (Dkt. No. 109) be continued to _____.

**IT IS SO ORDERED.**

Dated: 9/26/2019

**DENIED**

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

Order Regarding Joint Stipulation to Continue Hearing (4:18-cv-03237-HSG)