| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>GARY E. TAVETIAN<br>DAVID A. ZONANA<br>Supervising Deputy Attorneys General<br>TIMOTHY E. SULLIVAN, SBN 197054<br>ELIZABETH B. RUMSEY, SBN 257908<br>JULIA K. FORGIE, SBN 304701<br>Deputy Attorneys General<br>  1515 Clay Street, 20th Floor<br>  P.O. Box 70550<br>  Oakland, CA 94612-0550<br>  Telephone: (510) 879-0860<br>  liz.rumsey@doj.ca.gov<br><br>*Attorneys for the State of California,<br>by and through Attorney General Xavier Becerra<br>and the California Air Resources Board*<br><br>*Additional counsel listed on signature page* | SUSANNAH L. WEAVER<br>Donahue, Goldberg & Weaver, LLP<br>  1008 Pennsylvania Avenue SE<br>  Washington, DC 20003<br>  Telephone: (202) 569-3818<br>  susannah@donahuegoldberg.com<br><br>PETER ZALZAL<br>RACHEL FULLMER<br>Environmental Defense Fund<br>  2060 Broadway, Suite 300<br>  Boulder, CO 80302<br>  Telephone: (303) 447-7214<br>  pzalzal@edf.org<br>  rfullmer@edf.org<br><br>*Attorneys for Environmental Defense Fund* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*<br><br>            Plaintiffs,<br><br>            v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>            Defendants. | Case No. 4:18-cv-03237-HSG<br><br>**REQUEST FOR CLARIFICATION OF ORDER** |

Pursuant to Civil L.R. 7-11(a), Plaintiffs[1] request clarification from the Court regarding its November 5, 2019, Order Denying Defendants' Rule 60(b) Motion to Alter Judgment. Specifically, Plaintiffs request clarification of the duration of the stay issued by the Court in the event EPA files a notice of appeal—that is, whether the Court granted a stay pending appeal.

1. On May 6, 2019, the Court issued a final judgment in this case, imposing a November 6, 2019, deadline for EPA to promulgate a federal plan implementing the 2016 Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills, 81 Fed. Reg. 59,276 (Aug. 29, 2016) (Emission Guidelines). Dkt. No. 98.

2. On August 28, 2019, EPA filed a Motion to Amend Order and Judgment, requesting relief from the November 6, 2019 federal plan deadline in light of a regulatory amendment. Dkt. No. 109. Following briefing, the Court held a hearing on the motion on October 24, 2019. At the hearing, the Court noted that if it left the judgment in place, "the Government will appeal that, as they have a right to do, and they *would seek a stay of execution pending appeal* because it would be mooted if they were required to do something by November 6th, and I guess, again, I deal with that when I get to it . . . ." Dkt. No. 122 (Hearing Tr.) at 13:7–15 (emphasis added).

3. Prior to the Court's ruling on EPA's Rule 60(b) motion, the agency filed an Emergency Motion for Stay Pending Resolution of EPA's Motion to Amend Order and Judgment. Dkt. No. 123. Therein, EPA requested that in the event the Court denied EPA's motion, the court grant "an extension [of the November 6 deadline] of 60 calendar days after the date of the Court's decision . . . to preserve EPA's right to appeal any adverse decision." *Id*. at 1. In a footnote, EPA expressly "reserve[d] the right to move for a stay pending appeal pursuant to Fed. R. Civ. P. 62(d)-(e), if the Court denies EPA's

---

[1] The States of California, by and through the Attorney General and the California Air Resources Board; Illinois; Maryland; New Mexico; Oregon; Rhode Island; and Vermont; and the Commonwealth of Pennsylvania, by and through the Attorney General and the Pennsylvania Department of Environmental Protection; together with Plaintiff-Intervenor Environmental Defense Fund.

motion to amend." *Id*. at 5 n. 4. EPA further noted, "[m]otions for stay pending appeal are evaluated under a different standard which includes factors not addressed in this motion in light of the current procedural posture." *Id*. (citing *Nken v. Holder*, 556 U.S. 418, 434 (2009) and *Sierra Club v. Trump*, 929 F.3d 670, 708 (9th Cir. 2019)). That standard requires the court to consider "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably harmed absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken*, 556 U.S. at 434 (internal quotation marks omitted).

4.   The Court issued its ruling denying EPA's motion to amend on November 5, 2019. Therein, the Court stated, "The Court further **STAYS** the judgment for sixty days to allow either party to file a notice of appeal. If no notice is filed, the stay will lift automatically on January 7, 2020." Dkt. No. 124 (Order) at 6.

5.   The Order is clear that if no notice of appeal is filed, the stay will expire automatically on January 7, 2020. But the Order is ambiguous about if and when the stay expires if a notice of appeal *is* filed; the language of the Order could be interpreted to perpetuate the stay indefinitely, or at least for the time that any appeal is pending.

6.   In light of the fact that EPA has not yet appealed the Court's order or sought a stay of the November 6, 2019, federal plan deadline pending appeal, and in light of the fact that the Parties have not briefed the merits of any such stay pending appeal (which Plaintiffs would oppose), Plaintiffs request confirmation that, absent further order from this Court or from the Court of Appeals, and regardless of whether either party files a notice of appeal, the stay granted on November 5 automatically expires on January 7, 2020.

Respectfully submitted,

Date: November 8, 2019

XAVIER BECERRA
Attorney General of California
GARY E. TAVETIAN
DAVID A. ZONANA
Supervising Deputy Attorneys General
TIMOTHY E. SULLIVAN
JULIA K. FORGIE
Deputy Attorneys General

 /s/ Elizabeth B. Rumsey
ELIZABETH B. RUMSEY
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-0860
liz.rumsey@doj.ca.gov
*Attorneys for the State of California and the California Air Resources Board*

For the STATE OF ILLINOIS
KWAME RAOUL
Attorney General of Illinois
DANIEL I. ROTTENBERG*
Assistant Attorney General
Environmental Bureau
Illinois Attorney General's Office
69 W. Washington St., 18th Floor
Chicago, Illinois 60602
(312) 814-3816
DRottenberg@atg.state.il.us

For the STATE OF MARYLAND
BRIAN E. FROSH
Attorney General of Maryland
LEAH J. TULIN*
Assistant Attorney General
200 St. Paul Place
Baltimore, Maryland 21202
(410) 576-6962
ltulin@oag.state.md.us

For the STATE OF NEW MEXICO
HECTOR BALDERAS
Attorney General of New Mexico
ARI BIERNOFF (CA SBN 231818)
BILL GRANTHAM*
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, New Mexico 87102
(505) 717-3520
wgrantham@nmag.gov

For the STATE OF OREGON
ELLEN F. ROSENBLUM
Attorney General of Oregon
PAUL GARRAHAN*
Attorney-in-Charge
Natural Resources Section
Oregon Department of Justice
1162 Court Street, N.E.
Salem, Oregon 97301-4096
(503) 947-4342
paul.garrahan@doj.state.or.us

| | |
|---|---|
| For the COMMONWEALTH OF PENNSYLVANIA<br>JOSH SHAPIRO<br>Attorney General of Pennsylvania<br>MICHAEL J. FISCHER*<br>Chief Deputy Attorney General<br>ROBERT A. REILEY<br>Assistant Director, Pennsylvania Department of Environmental Protection<br>Pennsylvania Office of Attorney General<br>Strawberry Square<br>Harrisburg, PA 17120<br>(215) 560-2171<br>mfischer@attorneygeneral.gov | For the STATE OF RHODE ISLAND<br>PETER F. NERONHA<br>Attorney General of Rhode Island<br>GREGORY S. SCHULTZ<br>Special Assistant Attorney General<br>RI Office of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>gschultz@riag.ri.gov |

For the STATE OF VERMONT
THOMAS J. DONOVAN, JR.
Attorney General of Vermont
NICHOLAS F. PERSAMPIERI*
Assistant Attorney General
Office of the Vermont Attorney General
109 State Street
Montpelier, Vermont 05609
(802) 828-3186
nick.persampieri@vermont.gov

*Admitted *pro hac vice*

Date:  November 8, 2019

/s/ *Susannah L. Weaver*
SUSANNAH L. WEAVER*
Donahue, Goldberg & Weaver, LLP
1008 Pennsylvania Avenue SE
Washington, DC 20003
Telephone: (202) 569-3818
susannah@donahuegoldberg.com

PETER ZALZAL*
RACHEL FULLMER*
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
Telephone: (303) 447-7214
pzalzal@edf.org
rfullmer@edf.org

TOMÁS CARBONELL*
Environmental Defense Fund
1875 Conn. Avenue, N.W. Suite 600
Washington, D.C. 20009
Telephone: (202) 572-3610
tcarbonell@edf.org

ALEX GEORGE HANAFI (CA SBN 200418)
Environmental Defense Fund
123 Mission Street
San Francisco, CA 94105
Telephone: (202) 572-3260
ahanafi@edf.org

*Attorneys for Environmental Defense Fund*