LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
MARTHA C. MANN
Martha.Mann@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. N.E.
Suite 4.149
Washington D.C.  20002
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al*. <br><br> Plaintiffs, <br><br> and <br><br> ENVIRONMENTAL DEFENSE FUND, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> **MOTION TO SHORTEN TIME FOR PLAINTIFFS TO FILE AN OPPOSITION TO EPA'S MOTION FOR STAY PENDING APPEAL AND EPA TO FILE REPLY AND [PROPOSED] ORDER** |

Pursuant to Civil L.R. 6-3(a), Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Administrator of the Environmental Protection Agency (collectively, "EPA") hereby submit a motion to shorten the time for Plaintiffs to file an opposition to EPA's Motion for Stay Pending Appeal filed concurrently. EPA requests that the Court shorten the time for Plaintiffs' to file an opposition to EPA's motion for stay pending appeal from 14 days to ten days, requiring Plaintiffs' opposition to be filed by December 2, 2019, 2019.  EPA requests that the Court set December 4, 2019 deadline for EPA to file a reply.  EPA further requests that the Court resolve this matter without a hearing.  In support of its motion, EPA states as follows:

1.   In this case, Plaintiffs alleged that, pursuant to EPA regulations, 40 C.F.R. § 60.27(c)-(d), EPA had a non-discretionary duty "to promulgate a federal plan for states that did not timely submit state plans within six months of the submission deadline, that is, by November 30, 2017." Pls.' Compl. ¶ 64 (Dkt. No. 1); *see also id.* ¶¶ 1, 4, 8, 24. 47.  This Court agreed and ordered EPA "to promulgate regulations setting forth a federal plan, as required by 40 C.F.R. § 60.27(d), no later than November 6, 2019."  Order at 16; *see also* Judgment (Dkt. No. 99).

2.   EPA moved to amend the Court's Order and Judgment by vacating the requirement that EPA promulgate a federal plan by November 6, 2019 (Dkt. No 109).

3.   The Court denied EPA's motion to amend, but stayed "the judgment for sixty days to allow either party to file a notice of appeal."  The Court further stated that "[i]f no notice is filed, the stay will lift automatically on January 7, 2020." Dkt. No. 124.  In a subsequent minute order, the Court stated that "[i]f an appeal is filed, and any party seeks a further stay pending resolution of the appeal, that party must file a motion seeking such relief.  If no such motion is filed and granted before January 7, 2020, the stay currently in place expires on that date." Dkt. No. 128.

4.   As EPA's motion for stay pending appeal explains, at this time, the United States Department of Justice's Office of the Solicitor General is determining whether to pursue an appeal in this case.  To maintain the status quo ante and prevent irreparable harm, EPA

MOTION TO SHORTEN TIME FOR PLS. TO FILE OPP. TO
EPA'S MOTION FOR STAY PENDING APPEAL AND [PROPOSED] ORDER
CASE NO. 4:18-CV-03237-HSG

1

respectfully requests that the Court continue the stay of its Order and Judgment requiring EPA to promulgate a federal plan for the pendency of the United States' appeal.

5. The current stay of the Court's Order expires on January 7, 2020. Pursuant to Civil L.R. 7-3(a), Plaintiffs' opposition to EPA's motion would be due in 14 days, i.e., by December 6, 2019. EPA's reply brief would then be due 7 days later, i.e., by December 13, 2019. Civil L.R. 7-3(c).

6. If the Court denies EPA's motion for stay pending appeal, EPA would likely need to move for stay pending appeal before the Ninth Circuit. Unless EPA demonstrates that moving first in the district court would be impracticable, this Court's resolution of EPA's motion for stay pending appeal would generally be required before EPA may move the Ninth Circuit for relief. *See* Fed. R. App. P. 8(a)(2)(A)(ii) (requiring that a motion must "state that, a motion having been made, the district court denied the motion or failed to afford the relief requested and state any reasons given by the district court for its action.").

7. Thus, if EPA's motion is resolved under the briefing schedule provided by the local rules, there would likely be less than 30 days remaining between resolution of EPA's motion and expiration of the current stay on January 7, 2020. Further, several holidays occur during that remaining time period. EPA could be substantially harmed if this Court does not expedite briefing and resolution of EPA's motion for stay pending appeal.[1]

8. Therefore, EPA respectfully requests that the Court enter an order requiring Plaintiffs to file their opposition brief by December 2, 2019 and EPA to file its reply brief by December 4, 2019. EPA further requests that the Court resolved EPA's motion without a hearing.

9. Counsel for EPA advised Plaintiffs of EPA's motion for stay pending appeal and requested that Plaintiffs stipulate to a shortened period for their response. Plaintiffs declined to

---

[1] EPA's motion for stay pending appeal also respectfully requests a decision from this Court as soon as possible, and at the latest by December 9, 2019, to allow time to seek relief from the Ninth Circuit, if necessary. EPA's Motion for Stay Pending Appeal at 1 (filed concurrently).

stipulate to shorten the time for their filing their opposition. Declaration of Leslie M. Hill (attached as Exhibit A).

10. There have been several previous time modifications in the case:

(a) Pursuant to stipulation, the Court set a briefing schedule for EPA's motion to stay (Dkt. No. 72);

(b) Pursuant to stipulation, the Court entered orders extending the deadline for Plaintiffs' to file a motion for attorneys' fees (Dkt. Nos. 102 & 112); and

(c) The Court entered an order granting Plaintiffs' request for a one week extension of time for Plaintiffs' opposition to EPA's motion to amend (Dkt. No. 110).

11. The requested time modification would not have an impact on any other deadlines for the case.

Respectfully submitted,

//

Date:  November 22, 2019

                                         /s/ Leslie M. Hill
                                        LESLIE M. HILL (D.C. Bar No. 476008)
                                        U.S. Department of Justice
                                        Environment & Natural Resources Division
                                        Environmental Defense Section
                                        4 Constitution Square
                                        150 M St. N.E.
                                        Suite 4.149
                                        Washington, D.C.  20002
                                        Leslie.Hill@usdoj.gov
                                        Telephone (202) 514-0375
                                        Facsimile (202) 514-8865

                                        *Attorneys for Defendants*

Of Counsel:

      Karen Palmer
      Matthew Marks
      Office of General Counsel
      United States Environmental Protection Agency