LESLIE M. HILL (D.C. Bar No. 476008)
Leslie.Hill@usdoj.gov
MARTHA C. MANN
Martha.Mann@usdoj.gov
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. N.E., Suite 2.900
Washington D.C.  20001
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al*. <br><br> Plaintiffs, <br><br> and <br><br> ENVIRONMENTAL DEFENSE FUND, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Administrator of the EPA (collectively, "EPA"), appeal to the United

States Court of Appeals for the Ninth Circuit from this Court's Order entered on November 5, 2019 (Dkt. No. 124).

Respectfully submitted,

Date: December 10, 2019

    /s/ Leslie M. Hill
LESLIE M. HILL (D.C. Bar No. 476008)
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
4 Constitution Square
150 M St. N.E., Suite 2.900
Washington D.C.  20001
Leslie.Hill@usdoj.gov
Telephone (202) 514-0375
Facsimile (202) 514-8865

*Attorneys for Defendants*

Of Counsel:

    Karen Palmer
    Matthew Marks
    Office of General Counsel
    United States Environmental Protection Agency