IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:18-cv-03237-HSG <br><br> [PROPOSED] ORDER REGARDING JOINT STIPULATION REQUESTING EXTENSION OF TIME TO FILE FEE MOTION <br><br> The Hon. Haywood S. Gilliam, Jr. |

## [PROPOSED] ORDER

**BEFORE THE COURT** is the Joint Stipulation Requesting an Extension of Time to File Fee Motion submitted on May 28, 2020, by Plaintiffs States of California, Illinois, Maryland, New Mexico, Oregon, Rhode Island, and Vermont, the Commonwealth of Pennsylvania, and the California Air Resources Board (State Plaintiffs), and Defendants United States Environmental Protection Agency and Andrew R. Wheeler, in his official capacity as Administrator of the EPA. After consideration of the stipulation and declaration of Elizabeth B. Rumsey in support, the Court GRANTS the stipulated request and hereby orders that the deadline to file a fee motion is extended to the date that is 180 days after the date on which the Ninth Circuit Court of Appeals issues a mandate in EPA's appeal of this matter.

**IT IS SO ORDERED.**

Dated:  5/29/2020

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE