UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

DEC 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra and the California Air Resources Board; et al.,<br><br>       Plaintiffs - Appellees,<br><br>ENVIRONMENTAL DEFENSE FUND,<br><br>       Intervenor-Plaintiff - Appellee,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Acting Aministrator of the U.S. Environmental Protection Agency,<br><br>       Defendants - Appellants,<br><br> and<br><br>E. SCOTT PRUITT, Administrator, U.S. EPA,<br><br>       Defendant. | No. 19-17480<br><br>D.C. No. 4:18-cv-03237-HSG<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered October 22, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7