UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>　　　　　　Defendants. | Case No. 18-cv-03237-HSG<br><br>**ORDER ON BRIEFING SCHEDULE FOR MOTION FOR STAY**<br><br>Re: Dkt. No. 145 |

On December 14, 2020, Plaintiffs filed a Motion for Stay of Injunction Pending Resolution of Related Proceeding. Dkt. No. 145. The Court **ORDERS** as follows:

1. Defendants shall file any response no later than December 22, 2020.

2. Plaintiffs shall file any reply no later than December 29, 2020.

3. The hearing on the motion is advanced to Thursday, January 7, 2021 at 2:00 p.m.

4. All parties are further directed to meet and confer to determine whether there is a dispute as to the requested relief. If there is no dispute, the government shall file a notice of non-opposition by December 22, 2020.

**IT IS SO ORDERED.**

Dated: 12/15/2020

　　　　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge