IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**, *et al.*,<br><br>Defendants. | Case No. 4:18-cv-03237-HSG<br><br>**ORDER REGARDING JOINT STIPULATION REQUESTING FURTHER EXTENSION OF TIME TO FILE FEE MOTION**<br><br>The Hon. Haywood S. Gilliam, Jr. |

## ORDER

**BEFORE THE COURT** is the Joint Stipulation Requesting Further Extension of Time to File Fee Motion submitted on October 7, 2021, by Plaintiffs State of California and the California Air Resources Board, and Defendants United States Environmental Protection Agency and Michael Regan, in his official capacity as Administrator of the EPA. After consideration of the stipulation and declaration of Elizabeth B. Rumsey in support, the Court GRANTS the stipulated request and hereby orders that the deadline to file a fee motion is extended to January 10, 2022.

**IT IS SO ORDERED.**

Dated:        10/12/2021

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE